AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| James M. Cleavenger | ) | |
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No. 6:13-cv-01908-TC |
| University of Oregon, et al | ) ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  University of Oregon
c/o: University of Oregon
Office of General Counsel
1226 University of Oregon
Eugene, OR 97403-1226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James M. Cleavenger
405 East 8th Ave. #5700
Eugene, OR 97401
jamescleavenger@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: **03/05/2014**  By: **s/C. Pew,** Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| James M. Cleavenger | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 6:13-cv-01908-TC |
| University of Oregon, et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* University of Oregon Police Department
c/o: University of Oregon
Office of General Counsel
1226 University of Oregon
Eugene, OR 97403-1226


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James M. Cleavenger
405 East 8th Ave. #5700
Eugene, OR 97401
jamescleavenger@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


MARY L. MORAN, Clerk of Court

Date: **03/05/2014**

By: /s/ C. Pew, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| James M. Cleavenger | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 6:13-cv-01908-TC |
| University of Oregon, et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carolyn McDermed (University of Oregon Police Department)
c/o: University of Oregon
Office of General Counsel
1226 University of Oregon
Eugene, OR 97403-1226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James M. Cleavenger
405 East 8th Ave. #5700
Eugene, OR 97401
jamescleavenger@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: **03/05/2014**                    By: **s/C. Pew,** Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| James M. Cleavenger </br></br> *Plaintiff* </br> v. </br> University of Oregon, et al. </br></br> *Defendant* | ) </br> ) </br> ) </br> ) Civil Action No. 6:13-cv-01908-TC </br> ) </br> ) </br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brandon Lebrecht (University of Oregon Police Department)
c/o: University of Oregon
Office of General Counsel
1226 University of Oregon
Eugene, OR 97403-1226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James M. Cleavenger
405 East 8th Ave. #5700
Eugene, OR 97401
jamescleavenger@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **03/05/2014**

By: s/C. Pew, Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| James M. Cleavenger | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 6:13-cv-01908-TC |
| University of Oregon, et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Scott Cameron (University of Oregon Police Department)
c/o: University of Oregon
Office of General Counsel
1226 University of Oregon
Eugene, OR 97403-1226


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    James M. Cleavenger
405 East 8th Ave. #5700
Eugene, OR 97401
jamescleavenger@hotmail.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


MARY L. MORAN, Clerk of Court

Date: **03/05/2014**        By: **s/C. Pew,** Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| James M. Cleavenger | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 6:13-cv-01908-TC |
| University of Oregon, et al | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Morrow (University of Oregon Police Department)
c/o: University of Oregon
Office of General Counsel
1226 University of Oregon
Eugene, OR 97403-1226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James M. Cleavenger
405 East 8th Ave. #5700
Eugene, OR 97401
jamescleavenger@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **03/05/2014**

By: **s/C. Pew,** **Deputy Clerk**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | | |
|---|---|---|
| James M. Cleavenger | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 6:13-cv-01908-TC |
| University of Oregon, et al | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Randy Wardlow (University of Oregon)
c/o: University of Oregon
Office of General Counsel
1226 University of Oregon
Eugene, OR 97403-1226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James M. Cleavenger
405 East 8th Ave. #5700
Eugene, OR 97401
jamescleavenger@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **03/05/2014**

By: **s/C. Pew,** Deputy Clerk

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| James M. Cleavenger <br><br> *Plaintiff* <br><br> v. <br><br> University of Oregon, et al <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 6:13-cv-01908-TC <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Linda King (University of Oregon)
c/o: University of Oregon
Office of General Counsel
1226 University of Oregon
Eugene, OR 97403-1226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James M. Cleavenger
405 East 8th Ave. #5700
Eugene, OR 97401
jamescleavenger@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **03/05/2014**

By: **s/C. Pew, Deputy Clerk**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| James M. Cleavenger ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 6:13-cv-01908-TC |
| University of Oregon, et al ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brian Caufield (University of Oregon/OUS)
c/o: University of Oregon
Office of General Counsel
1226 University of Oregon
Eugene, OR 97403-1226

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James M. Cleavenger
405 East 8th Ave. #5700
Eugene, OR 97401
jamescleavenger@hotmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: **03/05/2014**

By: **s/C. Pew,** Deputy Clerk