**Jens Schmidt, OSB #843417**
**jens.schmidt@harrang.com**
**Andrea D. Coit, OSB #002640**
**andrea.coit@harrang.com**
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:    541.485.0220
Facsimile:    541.686.6564
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JAMES M. CLEAVENGER,** | Case No. 6:13-cv-01908-TC |
| Plaintiff, | **DECLARATION OF ANDREA D. COIT IN SUPPORT OF DEFENDANTS'** |
| vs. | **UNOPPOSED MOTION TO STAY ALL PENDING DEADLINES FOR A** |
| **UNIVERSITY OF OREGON (an Agency and Instrumentality of the State of Oregon), et al.,** | **PERIOD OF THIRTY (30) DAYS** |
| Defendants. | |

The undersigned, Andrea D. Coit, states as follows:

1.    I am one of the attorneys for Defendants, and I make this declaration in support of Defendants' Unopposed Motion to Stay All Pending Deadlines for a Period of Thirty (30) Days.

2.    Plaintiff filed his First Amended Complaint on November 12, 2013. Many of the issues involved in this lawsuit were the subject of an arbitration between Plaintiff's Union, SEIU, and his former employer, Defendant University of Oregon.

Page 1 – **DECLARATION OF ANDREA D. COIT IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO STAY ALL PENDING DEADLINES FOR A PERIOD OF THIRTY (30) DAYS**

3.  The arbitrator issued his decision on February 24, 2014.

4.  The parties are currently exploring the possibility of reaching a global settlement of the arbitration award and the claims asserted in this lawsuit.

5.  Plaintiff has recently attempted service and/or served some of the Defendants with the Amended Complaint. The deadline for the served Defendants to file a responsive pleading has not yet expired.

6.  The served Defendants' responsive pleadings will be in the form of Fed.R.Civ.P. 12(B) motions including, for one or more Defendants, a motion to quash service.

7.  This Motion is not made for purposes of delay.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2014.

_____
Andrea D. Coit

## CERTIFICATE OF SERVICE

I certify that on March \_\_\_18, 2014, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF ANDREA D. COIT IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO STAY ALL PENDING DEADLINES FOR A PERIOD OF THIRTY (30) DAYS** on the party or parties listed below as follows:

- ☑ Via CM / ECF Filing
- ☐ Via First Class Mail, Postage Prepaid
- ☐ Via Email
- ☐ Via Personal Delivery

James M. Cleavenger
405 E. 8th Avenue #5700
Eugene, OR 97401
 Plaintiff Pro Se

HARRANG LONG GARY RUDNICK P.C.

By: _____
Jens Schmidt, OSB #843417
jens.schmidt@harrang.com
Andrea D. Coit, OSB #002640
andrea.coit@harrang.com
Telephone:  541.485.0220
Facsimile:   541.686.6564
Attorneys for Defendants

00581838.v1