| | |
|---|---|
| Jens Schmidt, OSB #843417<br>jens.schmidt@harrang.com<br>Andrea D. Coit, OSB #002640<br>andrea.coit@harrang.com<br>HARRANG LONG GARY RUDNICK P.C.<br>360 East 10th Avenue, Suite 300<br>Eugene, OR 97401-3273<br>Telephone:     541.485.0220<br>Facsimile:     541.686.6564<br>Attorneys for Defendants | James M. Cleavenger<br>jamescleavenger@hotmail.com<br>405 E. 8th Avenue #5700<br>Eugene, OR 97401<br>Telephone:  503.990.9368<br>Plaintiff Pro Se |

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

**JAMES M. CLEAVENGER,**

       Plaintiff,

vs.

**UNIVERSITY OF OREGON (an Agency and Instrumentality of the State of Oregon), et al.,**

       Defendants.

Case No. 6:13-cv-01908-TC

**JOINT STATUS REPORT**

      Per the court's Order dated March 19, 2014 (Dkt. #13), the parties submit this Joint Status Report regarding their efforts to settle this matter.

      Settlement negotiations have been unsuccessful.  The parties request the current stay be lifted and a new discovery and pretrial scheduling order issued.

/ / / /

Page 1 – **JOINT STATUS REPORT**

Defendants request the deadline for their first appearance be set fourteen (14) days after the filing of this Joint Status Report. Plaintiff does not oppose this request.

| | |
|---|---|
| Dated: April 18, 2014. | Dated: April 18, 2014. |
| HARRANG LONG GARY RUDNICK P.C. | |
| By: _s/ Andrea D. Coit_<br>Jens Schmidt, OSB #843417<br>Andrea D. Coit, OSB #002640<br>Attorneys for Defendants | By: _s/ James Cleavenger_<br>James M. Cleavenger<br>Plaintiff Pro Se |

## CERTIFICATE OF SERVICE

I certify that on April 18, 2014, I served or caused to be served a true and complete copy of the foregoing **JOINT STATUS REPORT** on the party or parties listed below as follows:

☑  Via CM / ECF Filing
☐  Via First Class Mail, Postage Prepaid
☐  Via Email
☐  Via Personal Delivery

James M. Cleavenger
jamescleavenger@hotmail.com
405 E. 8th Avenue #5700
Eugene, OR 97401
Telephone:  503.990.9368
Plaintiff Pro Se

HARRANG LONG GARY RUDNICK P.C.

By: s/ Andrea D. Coit
Jens Schmidt, OSB #843417
jens.schmidt@harrang.com
Andrea D. Coit, OSB #002640
andrea.coit@harrang.com
Telephone:   541.485.0220
Facsimile:    541.686.6564
Attorneys for Defendants

00594275.v1

CERTIFICATE OF SERVICE