

*UNITED STATES DISTRICT COURT*
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

Date of Reassignment: January 30, 2014

Case Number: 6:13−cv−01908−DOC

Case Title: Cleavenger v. University of Oregon et al

    **(A) Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Thomas M. Coffin to the Honorable David O. Carter, United States District Judge. Information on this case may be obtained from the following:

    Courtroom Deputy: Christy Weller
    Telephone: 541−431−4106
    Email: christy_weller@ord.uscourts.gov

    Docket Information: Telephone: 541−431−4100

    **(B)**    **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Wayne L. Morse Courthouse, 405 East Eighth Ave., Eugene, OR, 97401.

    **(C)**    **Change to the Case Number:** Effective immediately, Judge Carters's initials (DOC) will replace the previous judge's initials in this case.

**MARY L. MORAN**
**Clerk of Court**

cc: Judge Carter
      Counsel of Record