UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JAMES M. CLEAVENGER  
Plaintiff(s),

Case No.: 6:13-cv-01908-DOC

v.

UNIVERSITY OF OREGON, et al.  
Defendant(s).

_____/

### Fed. R. Civ. P. 26(a) Discovery Agreement

Pursuant to LR 26-2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

DATED: 07/29/2014

Signature: _[signature]_  
Name and OSB ID: James M. Cleavenger  
E-mail Address: jamescleavenger@hotmail.com  
Firm Name: N/A  
Mailing Address: 405 E. 8th Ave. #5700  
City, State, Zip: Eugene, OR 97401  
Parties Represented: Plaintiff (Pro se)

cc: Counsel of Record