# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

### CIVIL MINUTES – GENERAL

Case No. CV 13-1908-DOC                                           Date:  August 6, 2014

Title: JAMES M. CLEAVENGER V. UNIVERSITY OF OREGON, ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

|   Christy Weller   |   Not Present   |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:
            None Present                                                  None Present

**PROCEEDINGS (IN CHAMBERS):**   **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINES [25]**

Before the Court is Defendants' Unopposed Motion for Extension of Discovery and Pretrial Order Deadlines (Dkt. 25).  Having considered the written submissions, the Court finds good cause to extend the deadlines and, therefore, GRANTS the Motion. *See* Fed. R. Civ. P. 6(b)(1).

The following discovery and pretrial deadlines shall govern the proceedings:

**By December 3, 2014**

- All motions to amend pleadings under Federal Rule of Civil Procedure 15 shall be filed.
- All discovery motions shall be filed.
- All discovery shall be completed.

**By January 9, 2015**

- All dispositive motions shall be filed.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CIVIL MINUTES – GENERAL**

Case No. CV 13-1908-DOC                                                      Date: August 6, 2014

                                                                                              Page 2

## By February 9, 2015

- The ADR Report and Pretrial Order shall be filed.  Unless dispositive motions have been filed, in which case the Joint ADR Report and Pretrial Order will be due 30 days after dispositive motions have been ruled upon.

    The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                        Initials of Deputy Clerk