**James M. Cleavenger, JD, LLM**
jamescleavenger@hotmail.com
405 E. 8th Ave. #5700
Eugene, OR 97401
Tel: (503) 990-9368

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JAMES M. CLEAVENGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF OREGON (an Agency and Instrumentality of the State of Oregon), UNIVERSITY OF OREGON POLICE DEPARTMENT (a Department of the University of Oregon), CAROLYN MCDERMED, MICHAEL MORROW, BRANDON LEBRECHT, SCOTT CAMERON, RANDY WARDLOW, BRIAN CAUFIELD, and LINDA KING, personally and individually,<br><br>　　　　Defendants. | Case No.:  6:13-cv-01908<br><br><br><br>PLAINTIFF'S MOTION (OPPOSED) TO POSTPONE PLAINTIFF'S DEPOSITION<br><br>*EXPEDITED CONSIDERATION REQUESTED* |

1 - EXPEDITED MOTION TO POSTPONE PLAINTIFF'S DEPOSITION

Pursuant to F.R.C.P. 6; 16, and LR 16; 30-6, Plaintiff hereby respectfully requests the Court to order the Plaintiff's deposition be postponed until Plaintiff can finish securing counsel.

In compliance with F.R.C.P. 37 and LR 7-1, Plaintiff made a good faith effort to confer with opposing counsel to resolve this dispute through personal and email correspondence but has been unable to do so. Defendants oppose this motion. See accompanying Declaration of James M. Cleavenger in support of this motion.

DATED this 7th day of October, 2014.

          s/ James M. Cleavenger

**James M. Cleavenger, JD, LLM**
**Pro Se Plaintiff  (WSB#41398)**
**405 E. 8th Ave. #5700**
**Eugene, Oregon 97401**
**(503) 990-9368**
**jamescleavenger@hotmail.com**

## CERTIFICATE OF SERVICE

I certify that on **October 8, 2014,** I served or caused to be served a true and complete copy of the foregoing PLAINTIFF'S EXPEDITED MOTION TO POSTPONE PLAINTIFF'S DEPOSITION on the party or parties listed below as follows:

| | |
|---|---|
| X | Via CM / ECF Filing |
| | Via First Class Mail, Postage Prepaid |
| X | Via Email |
| | Via Personal Delivery |

Jens Schmidt, OSB #843417
jens.schmidt@harrang.com
Andrea D. Coit, OSB #002640
andrea.coit@harrang.com
Telephone:   541.485.0220
Facsimile:   541.686.6564
Harrang Long Gary Rudnick P.C.
360 E 10th Ave #300
Eugene, OR 97401
Attorneys for Defendants


By: _____s/ James M. Cleavenger_____

James M. Cleavenger, JD, LLM
jamescleavenger@hotmail.com
405 E. 8th Ave. #5700
Eugene, OR 97401
503-990-9368
Plaintiff, pro se

Page 1 – CERTIFICATE OF SERVICE