# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES – GENERAL

Case No. CV 13-1908-DOC                                      Date: October 8, 2014

Title: JAMES M. CLEAVENGER V. UNIVERSITY OF OREGON, ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

|   Christy Weller   |   Not Present   |
|   Courtroom Clerk  |   Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
         None Present                               None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING PLIANTIFF'S MOTION (OPPOSED) TO POSTPONE PLAINTIFF'S DEPOSTION [29]**

     Before the Court is Plaintiffs' Motion to Postpone Plaintiff's Deposition (Dkt. 29). Having considered the written submissions, the Court finds good cause to postpone the deposition under Rule 26 and, therefore, GRANTS the Motion. *See* Fed. R. Civ. P. 26(c).

     However, the court hereby orders that the Plaintiff must make himself available for a deposition within three weeks – **by October 29, 2014**. This should leave adequate time for the Defendants to complete discovery and allow the Plaintiff to retain an attorney. No further time extensions for this deposition will be given.

     The discovery schedule is not altered. The following discovery and pretrial deadlines shall still govern the proceedings:

## By December 3, 2014

- All motions to amend pleadings under Federal Rule of Civil Procedure 15 shall be filed.
- All discovery motions shall be filed.

- All discovery shall be completed.

## By January 9, 2015

- All dispositive motions shall be filed.

## By February 9, 2015

- The ADR Report and Pretrial Order shall be filed.  Unless dispositive motions have been filed, in which case the Joint ADR Report and Pretrial Order will be due 30 days after dispositive motions have been ruled upon.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                          Initials of Deputy Clerk