**MARK McDOUGAL**, OSB #890869
mcdougal@kafourymcdougal.com
**GREGORY KAFOURY**, OSB #741663
kafoury@kafourymcdougal.com
JASON KAFOURY, OSB #091200
jkafoury@kafourymcdougal.com
Kafoury & McDougal
411 SW Second Ave., Suite 200
Portland OR 97204
Telephone: 503-224-2647
Fax: 503-224-2673

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene Division

| | |
|---|---|
| JAMES CLEAVENGER,<br><br>        Plaintiff,<br><br>v.<br><br>UNIVERSITY OF OREGON (an Agency and Instrumentality of the State of Oregon), UNIVERSITY OF OREGON POLICE DEPARTMENT (a Department of the University of Oregon), CAROLYN MCDERMED, MICHAEL MORROW, BRANDON LEBRECHT, SCOTT CAMERON, RANDY WARDLOW, BRIAN CAUFIELD, and LINDA KING, personally and individually,<br><br>        Defendants. | Case No. 6:13-cv-01908<br><br>**NOTICE OF APPEARANCE** |

  Plaintiff James Cleavenger hereby enters the appearance of Gregory Kafoury, Mark McDougal, and Jason Kafoury as counsel for plaintiff in this action. Mr. Gregory Kafoury, Mr. Jason Kafoury, and Mr. Mark McDougal's contact information is as follows:

PAGE 1 - **NOTICE OF APPEARANCE**

<u>U.S. Mail or Overnight Delivery Service</u>:

KAFOURY & MCDOUGAL
Grand Stable & Carriage Building
411 S.W. Second Avenue, Suite 200
Portland, Oregon 97204

<u>Telephone:</u> (503) 224.2647

<u>Facsimile:</u> (503) 224.2673

<u>Electronic Mail for Mr. McDougal</u>: mcdougal@kafourymcdougal.com
<u>Electronic Mail for Mr. Gregory Kafoury:</u> Kafoury@kafourymcdougal.com
<u>Electronic Mail for Mr. Jason Kafoury</u>: jkafoury@kafourymcdougal.com

    DATED: October 21, 2014.

    /s/ *Jason Kafoury*
Mark McDougal, OSB #890869
mcdougal@kafourymcdougal.com
Gregory Kafoury, OSB $741663
kafoury@kafourymcdougal.com
Jason Kafoury, OSB #091200
jkafoury@kafourymcdougal.com
Kafoury & McDougal
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing: **NOTICE OF APPEARANCE** on the defendants on the date indicated below, by the following method:

[     ] mailing with postage prepaid
[     ] hand delivery
[     ] overnight delivery
[     ] facsimile transmission
[     ] electronic mail transmission
[ X ] ECF case filing system

to said person(s) as follows:

Andrea Coit
Jens Schmidt
Harrang Long Gary Rudnick P.C.
360 E. 10th Avenue
Suite 300
Eugene, OR 97401
541-485-0220
541-686-6564 (fax)
Andrea.coit@harrang.com
Jens.schmidt@harrang.com
*Attorneys of Record for defendants*

DATED: October 21, 2014.

                                      */s/ Jason Kafoury*
Mark McDougal, OSB #890869
mcdougal@kafourymcdougal.com
Gregory Kafoury, OSB $741663
kafoury@kafourymcdougal.com
Jason Kafoury, OSB #091200
jkafoury@kafourymcdougal.com
Kafoury & McDougal
Attorneys for Plaintiffs