**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CIVIL MINUTES – GENERAL**

Case No. CV 13-1908-DOC                                                                 Date:  December 1, 2014

Title: JAMES M. CLEAVENGER V. UNIVERSITY OF OREGON, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Christy Weller | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:
           None Present                                                              None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES [43]**

Before the Court is Plaintiff's Unopposed Motion to Extend Discovery and Pretrial Deadlines (Dkt. 43). Upon consideration, the Court GRANTS the motion, and modifies the schedule as follows:

- All motions to amend pleadings under Fed. R. Civ. P. 15 will be filed by **March 3, 2015**.

- Discovery will be completed and all discovery motions will be filed by **April 3, 2015**.

- All dispositive motions will be filed by **May 8, 2015**, and will be heard on Friday, **June 5, 2015**.

- A Joint ADR Report and Pretrial Order will be filed by **June 9, 2015**, unless dispositive motions have been filed, in which case the Joint ADR Report and Pretrial Order will be due 30 days after dispositive motions have been ruled upon.

**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON**

**CIVIL MINUTES – GENERAL**

Case No. CV 13-1908-DOC                                                                 Date: December 1, 2014

Page 2

- The Pretrial Conference is set for Monday, **July 13, 2015** and it will be held telephonically.

- The Jury Trial is set for **August 3, 2015**.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                                          Initials of Deputy Clerk