**Andrea D. Coit, OSB #002640**
**andrea.coit@harrang.com**
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:     541.485.0220
Facsimile:     541.686.6564
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JAMES M. CLEAVENGER,** | Case No. 6:13-cv-01908-DOC |
| Plaintiff, | **DEFENDANTS' NOTICE OF WITHDRAWAL OF ATTORNEY JENS SCHMIDT** |
| vs. | |
| **UNIVERSITY OF OREGON (an Agency and Instrumentality of the State of Oregon), et al.,** | |
| Defendants. | |

Defendants give notice of the withdrawal of Jens Schmidt as one of their attorneys in this case. Defendants will continue to be represented by attorney Andrea D. Coit and the law firm of Harrang Long Gary Rudnick P.C.

DATED this 16th day of December, 2014.

        HARRANG LONG GARY RUDNICK P.C.

        By:   s/ Andrea D. Coit
            Andrea D. Coit, OSB #002640
            Attorneys for Defendants

# CERTIFICATE OF SERVICE

I certify that on December 16, 2014, I served or caused to be served a true and complete copy of the foregoing **DEFENDANTS' NOTICE OF WITHDRAWAL OF ATTORNEY JENS SCHMIDT** on the party or parties listed below as follows:

- ☑ Via CM / ECF Filing
- ☐ Via First Class Mail, Postage Prepaid
- ☐ Via Email
- ☐ Via Personal Delivery

Mark McDougal
Gregory Kafoury
Jason Kafoury
Grand Stable & Carriage Building
411 SW Second Avenue, Suite 200
Portland, OR 97204
  Attorneys for Plaintiff

HARRANG LONG GARY RUDNICK P.C.


By: s/ Andrea D. Coit
       Andrea D. Coit, OSB #002640
       Attorneys for Defendants

00645426.v1