**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CIVIL MINUTES – GENERAL**

Case No. CV 13-1908-DOC                                                        Date: April 28, 2015

Title: JAMES M. CLEAVENGER V. UNIVERSITY OF OREGON, ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Christy Weller | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                                   None Present

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING IN PART PLAINTIFF'S SECOND UNOPPOSED MOTION TO EXTEND MOTION RESPONSE DEADLINES [66]**

Before the Court is Plaintiff's Second Unopposed Motion to Extend Motion Response Deadlines (Dkt. 66).

On April 6, 2015, Defendants filed a Motion to Dismiss and Motion to Strike (Dkts. 59, 60). Plaintiff's oppositions were originally due on April 23, 2015.

On April 23, 2015, Plaintiff filed a Motion to Extend Motion Response Deadlines. Plaintiff wrote:

> The extension is requested because different portions of the responses were drafted by different attorneys, and an extension will likely lead to a shortening of the submissions. Also, the plaintiff, himself an attorney, would like the opportunity to review the various submissions once they have been edited into a cohesive piece. This motion is made in good faith and not for purposes of delay.

Motion, April 23, 2015 (Dkt. 64).

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

CIVIL MINUTES – GENERAL

Case No. CV 13-1908-DOC                                                       Date: April 28, 2015

Page 2

The Court granted the Motion on April 24, 2015 (Dkt. 65). Plaintiff now seeks a second extension. Plaintiff writes:

> The extension is requested because different portions of the responses were drafted by different attorneys, and compiling the brief, editing and harmonizing the motion to dismiss and motion to strike responses is a bigger task than anticipated

Plaintiff seeks an extension to Monday, May 4, 2015.

The Court finds this request excessive in light of deadline for filing dispositive motions currently set for June 8, 2015. Therefore, the Motion is GRANTED IN PART. Plaintiff shall file his responses by Thursday, **April 30, 2015**. No further extensions will be given.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                    Initials of Deputy Clerk