**Jason L. Kafoury (OSB #091200)**
**Mark McDougal (OSB #890869)**
**Kafoury & McDougal**
**411 SW Second Avenue, Suite 200**
**Portland, OR 97204**
**(503) 224-2647**
**Fax: (503) 224-2673**
**jkafoury@kafourymcdougal.com**
**mcdougal@kafourymcdougal.com**
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Eugene DIVISION

| | |
|---|---|
| **JAMES M. CLEAVENGER,** | Case No. 6:13-cv-01908-DOC |
| Plaintiff, | **PLAINTIFF'S SUR-REPLY TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| vs. | |
| **UNIVERSITY OF OREGON (an Agency and Instrumentality of the State of Oregon), et al.,** | |
| Defendants. | |

Plaintiff agrees that under the circumstances of plaintiff's claim the Oregon Tort Claims

Page 1 – **PLAINTIFF'S SUR-REPLY TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Act does not allow direct suit against individual employees.

DATED May 26, 2015.

*/s/ Mark McDougal*
Jason L. Kafoury  (OSB #091200)
Mark McDougal (OSB #890869)
Kafoury & McDougal
411 SW Second Avenue, Suite 200
Portland, OR 97204
(503) 224-2647
Fax: (503) 224-2673
jkafoury@kafourymcdougal.com
mcdougal@kafourymcdougal.com
Attorney for Plaintiff

Page 2 – **PLAINTIFF'S SUR-REPLY TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**

## CERTIFICATE OF SERVICE

I certify that on May 26, 2015, I served or caused to be served a true and complete copy of the foregoing **PLAINTIFF'S SUR-REPLY TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** on the party or parties listed below as follows:

| | |
|---|---|
| X | Via CM / ECF Filing |
| ☐ | Via First Class Mail, Postage Prepaid |
| ☐ | Via Facsimile |
| ☐ | Via Personal Delivery |
| ☐ | Via Email |

Andrea Coit
Andrea.coit@harrang.com
Harrang Long Gary Rudnick P.C.
360 E 10th Ave, Ste 300
Eugene  OR 97401-3273

                                                        */s/ Mark McDougal*
                                                        Jason L. Kafoury  (OSB #091200)
                                                        Mark McDougal (OSB #890869)
                                                        Kafoury & McDougal
                                                        411 SW Second Avenue, Suite 200
                                                        Portland, OR 97204
                                                        (503) 224-2647
                                                        Fax: (503) 224-2673
                                                        jkafoury@kafourymcdougal.com
                                                        mcdougal@kafourymcdougal.com
                                                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**