**Andrea D. Coit, OSB #002640**
andrea.coit@harrang.com
**Jonathan M. Hood, OSB #133872**
jonathan.hood@harrang.com
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:     541-485-0220
Facsimile:     541-686-6564
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JAMES M. CLEAVENGER,** | Case No. 6:13-cv-01908-DOC |
| Plaintiff, | **DEFENDANTS' EXHIBIT LIST** |
| vs. | |
| **UNIVERSITY OF OREGON (an Agency and Instrumentality of the State of Oregon), et al.,** | |
| Defendants. | |

Defendants may offer some or all of the following exhibits at trial, depending on the court's rulings on evidentiary matters. By listing the following exhibits, Defendants do not obligate themselves to offer the exhibits, stipulate to their admissibility, or otherwise waive any objection to Plaintiff's use of the same exhibit, should the evidentiary rulings make said exhibit inadmissible.

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---|---|---|---|---|---|
| 300 | Memorandum from Douglas Tripp to UODPS Personnel Re: Professionalism (2/23/10) | | | | |
| 301 | E-mail from Cleavenger to Morrow Re: American Citizenship (2/28/11) | | | | |
| 302 | Message from Cleavenger to Lebrecht Re: Clarification Memorandum (11/4/11) | | | | |
| 303 | Collective Bargaining Agreement | | | | |
| 304 | Written Reprimand (5/18/12) | | | | |
| 305 | Incident Report Re: Incident at Spencer View Apt. (4/1/12) | | | | |
| 306 | CAD Full Report Re: Incident at Spencer View Apt. (4/1/12) | | | | |
| 307 | Plaintiff's in-car video re: Incident at Spencer View Apt. - CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER | | | | |
| 308 | Officer Hermens' in-car video re: Incident at Spencer View Apt. - CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER | | | | |
| 309 | Plaintiff's radio transmissions re: Incident at Spencer View Apt. - CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER | | | | |
| 310 | Officer Hermens' radio transmissions re: Incident at Spencer View Apt. - CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER | | | | |
| 311 | Plaintiff's Field Training Manual | | | | |
| 312 | Memorandum from Lebrecht to Cleavenger Re: Clarification of Expectations (11/18/11) | | | | |

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---|---|---|---|---|---|
| 313 | Officer Weekly Summary Reports Re: Cleavenger (11/16/11-12/17/11) | | | | |
| 314 | Memorandum from Lebrecht to McDermed Re: Weekly Evaluations (12/28/11) | | | | |
| 315 | E-mail from Alex Gardner Re: Advising District Attorney Office of Brady Concerns (3/5/12) | | | | |
| 316 | Sgt. Cameron's Notes from 4/1/12 re Spencer View Incident | | | | |
| 317 | Memorandum Re: Cameron's and Lebrecht's 4/7/12 Interview of James Cleavenger | | | | |
| 318 | E-mail from Cameron to Randy Wardlow Re: Meeting with Cleavenger (4/8/12) | | | | |
| 319 | E-mail Exchange Between Lebrecht and Randy Wardlow Re: Follow up of Spencer View incident (4/11/12) | | | | |
| 320 | E-mail Exchange Between McDermed and Tripp Re: Cleavenger (5/14/12) | | | | |
| 321 | Memorandum from McDermed to Cleavenger Re: Temporary Reassignment (5/18/12) | | | | |
| 322 | Cleavenger's Performance Evaluation (5/31/12) | | | | |
| 323 | Audio of meeting with Cleavenger and Cameron re performance appraisal | | | | |
| 324 | E-mail Exchange Between Cleavenger and Cameron Re: Dates of Annual Review (6/14/12 2:21 p.m.) | | | | |

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---|---|---|---|---|---|
| 325 | E-mail Exchange Between McDermed and Cleavenger Re: Grievance Meeting (6/14/12) | | | | |
| 326 | E-mail Exchange Between Cleavenger and Union Re: Grievance Meeting (6/14/12) | | | | |
| 327 | E-mail Exchange Between Cameron and Cleavenger Re: Annual Performance Evaluation Meeting (6/21/12 9:11 p.m.) | | | | |
| 328 | E-mail Exchange Between Cameron and Cleavenger Re: Annual Performance Evaluation (6/25/12) | | | | |
| 329 | E-mail from Cameron to Cleavenger Re: Changes to Performance Appraisal (6/30/12 8:47 p.m.) | | | | |
| 330 | E-mail Exchange Between Cleavenger and Cameron Re: Changes to Annual Performance Evaluation (7/1/12 10:21 p.m.) | | | | |
| 331 | Lt. Morrow's Internal Affairs Report with exhibits (7/27/12) | | | | |
| 332 | Policy on Digital Audio Recorders | | | | |
| 333 | Grievance of Written Reprimand (6/18/12) | | | | |
| 334 | E-mail Exchange Between Cleavenger, Union, and Wardlow Re: 8/13/12 Meeting (8/2/12) | | | | |
| 335 | CAD Report - Logon - Beginning of Shift (8/13/12 15:00) | | | | |
| 336 | CAD Report for Cleavenger – Clear (8/13/12 15:49) | | | | |

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---|---|---|---|---|---|
| 337 | CAD Report for Cleavenger – Clear (8/13/12 16:25) | | | | |
| 338 | Spreadsheet of CAD Events for Cleavenger from 8/13/12 | | | | |
| 339 | E-mail Exchange with Wardlow, Cleavenger, and Union Re: 8/13/12 Meeting. | | | | |
| 340 | E-mail Exchange Between Cleavenger and McDermed Re: Meeting | | | | |
| 341 | E-mail Exchange Between Cleavenger and Cameron Re: Annual Performance Evaluation (8/29/12) | | | | |
| 342 | E-mails Between Bechdolt, Morrow, and Cameron Re: Call-Outs (9/8/12) | | | | |
| 343 | E-mail from Cleavenger Re: Clarification of Activities During Work Hours (9/10/12) | | | | |
| 344 | Audio from Cleavenger re instruction from Cameron and Lebrecht re call-outs | | | | |
| 345 | E-mail exchange Between Lois Yoshishige and Randy Wardlow Re: Training Offer (9/10/12) | | | | |
| 346 | Email from Lois Yoshishige to Cleavenger Re: Training Offer (8/22/12) | | | | |
| 347 | E-mails ending September 11, 2012 between Lois Yoshishige, Randy Wardlow, and Cleavenger Training Offer and Response (9/11/12) | | | | |
| 348 | Memorandum from Lebrecht to Cleavenger Re: Patrol Re-Training (9/13/12) | | | | |

Page 5 – **DEFENDANTS' EXHIBIT LIST**

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---|---|---|---|---|---|
| 349 | Lt. Lebrecht's Internal Report re Performance Review with exhibits (9/19/12) | | | | |
| 350 | Notice of Investigatory Suspension (9/25/12) | | | | |
| 351 | Memorandum from Bechdolt to Wardlow Re: Officer James Cleavenger Follow-Up (9/25/12) | | | | |
| 352 | Audio Recordings Re: Sept. 2012 Call Outs | | | | |
| 353 | E-mail Exchange Between Cleavenger and Lois Yoshishige Ending October 1, 2012, Re: Content of October 2, 2012, Meeting with Brian Smith | | | | |
| 354 | Notice of Disciplinary Suspension Without Pay and Pre-Dismissal Hearing (10/1/12) | | | | |
| 355 | Letter from Brian Smith to Lois Yoshishige Re: Response to Grievance of Written Reprimand (10/4/12) | | | | |
| 356 | Letter from Linda King to Cleavenger Re: Termination of Employment (10/25/12) | | | | |
| 357 | Step-3 Decision on Reprimand and Termination Grievances (4/22/13) | | | | |
| 358 | 21 Standards of Conduct | | | | |
| 359 | E-mail Exchange Between McDermed, Bechdolt, and Pete Deshpande Re: Cleavenger Arbitration Decision and *Brady v. Maryland* (3/10/14 - 3/12/14) | | | | |
| 360 | Best Practices for Navigating *Brady v. Maryland* in Oregon (3/31/14) | | | | |

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---|---|---|---|---|---|
| 361 | E-mail from Andrea Coit to Marc Stefan Re: Arbitration Settlement (4/7/14) | | | | |
| 362 | E-mail Exchange Between Andrea Coit and Marc Stefan Re: Additional Training (4/18/14) | | | | |
| 363 | UOPD Policy 612 – *Brady* Material Disclosure (6/1/13) | | | | |
| 364 | E-mail Chain Ending 6/4/14 from Cleavenger Re Settlement Agreement (6/4/14) | | | | |
| 365 | E-mails Discussing the Settlement Agreement of the Arbitration Award (6/5/14) | | | | |
| 366 | Resignation as a Public Safety Officer with the University of Oregon Police Department (6/14/13) | | | | |
| 367 | Memorandum from UOPD to Lane County DA Re *Brady v. Maryland* Disqualifier Review with attachments (6/17/14) | | | | |
| 368 | Complaint from Cleavenger to Junction City Re: JCPD Chief Mark Chase (6/23/14) | | | | |
| 369 | Letter from Alex R. Gardner to Chief Carolyn McDermed Re: James Cleavenger (6/30/14) | | | | |
| 370 | Letter from Alex R. Gardner to Chief Carolyn McDermed Re: *Brady v. Maryland* Review Concerning James Cleavenger (7/7/14) | | | | |
| 371 | Letter from Chief McDermed to Alex Gardner Re: *Brady v. Maryland* Review Concerning James Cleavenger (7/28/14) | | | | |

Page 7 – **DEFENDANTS' EXHIBIT LIST**

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---|---|---|---|---|---|
| 372 | Signed Settlement Agreement (9/4/14) | | | | |
| 373 | UOPD policies number 1011 and 1060 (12/16/14) | | | | |
| 374 | James M. Cleavenger's Lawyer Profile from the Washington State Bar Association (6/2/15) | | | | |
| 375 | Photo of Text Messages Between Cleavenger and LeRoy | | | | |
| 376 | Text Messages Between Cleavenger and LeRoy (5/8/13) | | | | |
| 377 | Text Message Log for 5/8/13 | | | | |
| 378 | Audio Recording of Appraisal Meeting between Cameron and Cleavenger (6/29/12) | | | | |
| 379 | Email from Cleavenger to D. Laue seeking union steward assistance dated June 6, 2012 | | | | |
| 380 | Email and attachments from Cleavenger to D. Laue re audio recording of contacts, dated July 29, 2012 | | | | |
| 381 | Email from Cleavenger to D. Laue dated June 7, 2012 re taking time off from UOPD | | | | |
| 382 | Email from Cleavenger to D. Laue re response to Lt. Morrow dated June 15, 2012 | | | | |
| 383 | Email from Lebrecht to UOPD officers dated May 15, 2012 re Whitney Harder | | | | |
| 384 | Email from Cleavenger to L. Yoshishige and D. Laue dated July 13, 2012 re retraining offer | | | | |

Page 8 – **DEFENDANTS' EXHIBIT LIST**

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---|---|---|---|---|---|
| 385 | Cleavenger's "Timeline of Events" dated May 5, 2013 | | | | |
| 386 | Email from Cleavenger to D. Laue dated Oct. 1, 2012 re Hermen's lying to please Cameron | | | | |
| 387 | Emails from Cleavenger to union stewards dated 9/8,10/2012 re response to retraining offer | | | | |
| 388 | Three photographs of outside of UOPD training room windows | | | | |
| 389 | Email from Cleavenger to D. Laue dated August 10, 2012 re Taser speech | | | | |
| 390 | Email from Cleavenger to union stewards re new job offers dated October 18, 2012 | | | | |
| 391 | Emails between Cleavenger and Michael Drake during FTEP re skiing | | | | |
| 392 | Text message from Cleavenger to Lebrecht re "Shenanigans" | | | | |
| 393 | Carolyn McDermed Resume and training records | | | | |
| 394 | Mike Morrow Resume and training records | | | | |
| 395 | Lt. Lebrecht Resume and training records | | | | |
| 396 | Sgt. Cameron resume and training records | | | | |
| 397 | Cleavenger training records | | | | |
| 398 | Excerpts from Cleavenger's job application with UOPD and background investigation, including reports of prior arrests | | | | |

Page 9 – **DEFENDANTS' EXHIBIT LIST**

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---|---|---|---|---|---|
| 399 | Email from Cleavenger to union stewards re introduction for grievance meeting dated September 25, 2012 | | | | |

DATED this 10th day of August, 2015.

HARRANG LONG GARY RUDNICK P.C.

By:   s/ Andrea D. Coit
    Andrea D. Coit, OSB #002640
    Jonathan M. Hood, OSB #133872
    Attorneys for Defendants

# CERTIFICATE OF SERVICE

I certify that on August 10, 2015, I served or caused to be served a true and complete copy of the foregoing **DEFENDANTS' EXHIBIT LIST** on the party or parties listed below as follows:

- ☑ Via CM / ECF Filing
- ☐ Via First Class Mail, Postage Prepaid
- ☐ Via Email
- ☐ Via Personal Delivery

Mark McDougal
Gregory Kafoury
Jason Kafoury
Grand Stable & Carriage Building
411 SW Second Avenue, Suite 200
Portland, OR 97204
  Attorneys for Plaintiff

HARRANG LONG GARY RUDNICK P.C.

By: s/ Andrea D. Coit
    Andrea D. Coit, OSB #002640
    Jonathan M. Hood, OSB #133872
    Attorneys for Defendants

00729712.v1

**CERTIFICATE OF SERVICE**