**Jason L. Kafoury (OSB #091200)**
**Mark McDougal (OSB #890869)**
**Kafoury & McDougal**
**411 SW Second Avenue, Suite 200**
**Portland, OR 97204**
**(503) 224-2647**
**Fax: (503) 224-2673**
**jkafoury@kafourymcdougal.com**
**mcdougal@kafourymcdougal.com**
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JAMES M. CLEAVENGER,** | Case No. 6:13-cv-01908-DOC |
| Plaintiff, | **STIPULATED REQUEST FOR COURT WAIVER OF PRETRIAL ORDER** |
| vs. | |
| **UNIVERSITY OF OREGON (an Agency and Instrumentality of the State of Oregon), et al.,** | |
| Defendants. | |

**L.R. 7.1 CERTIFICATION**

The parties have conferred by phone, and defendants agree to the stipulation and filing of this document.

**Page 1 - STIPULATED REQUEST FOR COURT WAIVER OF PRETRIAL ORDER**

## L.R. 16-5 REQUEST

Pursuant to LR 16-5, the parties stipulate, subject to the approval of the Court, that no pretrial order need be filed.  The recent motions, filings, proceedings, and orders have stated the parties' factual positions and narrowed the issues.  Accordingly, the parties request the Court to waive the pretrial order.

DATED August 11, 2015.

*/s/ Mark McDougal*

**Jason L. Kafoury  (OSB#091200)**
**Mark McDougal (OSB #890869)**
**Kafoury & McDougal**
**411 SW Second Ave., Ste. 200**
**Portland, OR 97204**
**(503) 224-2647**
**Fax: (503) 224-2673**
**jkafoury@kafourymcdougal.com**
**mcdougal@kafourymcdougal.com**
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on August 11, 2015, I served or caused to be served a true and complete copy of the foregoing **STIPULATED REQUEST FOR COURT WAIVER OF PRETRIAL ORDER** on the party or parties listed below as follows:

> Andrea Coit
> Andrea.coit@harrang.com
> Harrang Long Gary Rudnick P.C.
> 360 E 10th Ave, Ste 300
> Eugene  OR 97401-3273

☑      Via CM / ECF Filing

*/s/ Mark McDougal*

**Jason L. Kafoury  (OSB#091200)**
**Mark McDougal (OSB #890869)**
**Kafoury & McDougal**
**411 SW Second Ave., Ste. 200**
**Portland, OR 97204**
**(503) 224-2647**
**Fax: (503) 224-2673**
**jkafoury@kafourymcdougal.com**
**mcdougal@kafourymcdougal.com**
**Attorney for Plaintiff**