**Jason L. Kafoury (OSB #091200)**
**Mark McDougal (OSB #890869)**
**Kafoury & McDougal**
**411 SW Second Avenue, Suite 200**
**Portland, OR 97204**
**(503) 224-2647**
**Fax: (503) 224-2673**
<jkafoury@kafourymcdougal.com>
<mcdougal@kafourymcdougal.com>
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JAMES M. CLEAVENGER,** | Case No. 6:13-cv-01908-DOC |
| Plaintiff, | **PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS** |
| vs. | |
| **UNIVERSITY OF OREGON (an Agency and Instrumentality of the State of Oregon), et al.,** | |
| Defendants. | |

Plaintiff hereby requests oral argument on this matter, and responds to defendants' proposed exhibits as follows:

### I. SPECIFIC OBJECTIONS

Exhibit 316. Objection – Foundation. When was this document created? It is not dated or signed.

Exhibit 350. Objection - Foundation. There is no evidence this was ever sent to Plaintiff. Is there a signed copy?

Exhibit 359. See Plaintiff's Response to Defendants' Motion in Limine, #7.

Exhibit 361. See Plaintiff's Response to Defendants' Motion in Limine, #7.

Exhibit 377. Objection – Relevance. The adoption date of 12/16/2014 is after the lawsuit was filed, and after the *Brady* submission.

Exhibits 393, 394, 395, 396. Objection – Relevance. The witnesses' resumes are not at issue. These are fact witnesses.

Exhibit 398. Objection - Prior bad acts.

DATED August 17, 2015.

            */s/ Mark McDougal*
            **Jason L. Kafoury (OSB#091200)**
            **Mark McDougal (OSB #890869)**
            **Kafoury & McDougal**
            **411 SW Second Ave., Ste. 200**
            **Portland, OR 97204**
            **(503) 224-2647 Fax: (503) 224-2673**
            **jkafoury@kafourymcdougal.com**
            **mcdougal@kafourymcdougal.com**

# CERTIFICATE OF SERVICE

I certify that on August 17, 2015, I served or caused to be served a true and complete copy of the foregoing **PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS** on the party or parties listed below as follows:

>Andrea Coit
>Andrea.coit@harrang.com
>Harrang Long Gary Rudnick P.C.
>360 E 10th Ave, Ste 300
>Eugene  OR 97401-3273

☑ Via CM / ECF Filing

*/s/ Mark McDougal*
**Jason L. Kafoury  (OSB#091200)**
**Mark McDougal (OSB #890869)**
**Kafoury & McDougal**
**411 SW Second Ave., Ste. 200**
**Portland, OR 97204**
**(503) 224-2647**
**Fax: (503) 224-2673**
**jkafoury@kafourymcdougal.com**
**mcdougal@kafourymcdougal.com**
**Attorney for Plaintiff**