CITY OF JUNCTION CITY
COMPUTER and CELL PHONE USE POLICY

CITY OF JUNCTION CITY
680 GREENWOOD
P.O. BOX 250
JUNCTION CITY, OR 97448

6 pages

## USE AUTHORIZATION

The City of Junction City reserves the right to grant access to computers, networks, Internet services, and cell phones to any employee who has a need for such access in the performance of their position within the City. Before the access is confirmed each employee must acknowledge that they have read and understand this policy by signing below. The signed policy acknowledgement shall be retained in the employee's personnel file.

## CONTROL AND RESPONSIBILITY

All computers and cell phones remain under the control, custody and supervision of the City of Junction City. It is the responsibility of employees to limit use of City computers, networks, Internet services, and cell phones to those tasks that support and/or enhance job performance and fulfill/meet job expectations. The City reserves the right to audit computer and cell phone usage and to monitor for compliance with this policy. Administration may also develop additional administrative regulations and/or procedures governing the day-to-day management and operations of the City's cell phones, computer equipment and systems.

Given the insecure nature of electronic communications, all employees are reminded and encouraged to exercise appropriate caution. This includes protecting the equipment from weather, theft, and external or internal damage and using the equipment only for the purpose for which it is intended. This also includes, but is not limited to, saving files, creating back-up records, only opening email attachments from a reliable source, visiting only appropriate websites, and obtaining approval prior to downloading or installing software, purchasing computer related products, and/or attaching peripheral equipment.

## PRIVACY

The City reserves the right to monitor all computer, Internet, and cell phone activities by employees. Therefore, employees are reminded that there is no expectation of privacy in their use of city computers, networks, Internet services, and/or cell phones. Employees are advised that electronic communications can be a matter of public record.

## NON-WORK USE

In general, City computers, networks, Internet services, and cell phones are to be used only for City business during regular working hours. Discretionary use for non-work related purposes will be permitted, so long as it is limited to employees on authorized normal break periods. Additionally, the City recognizes the occasional need for employees, during work hours, to make brief personal phone calls to take care of a variety of matters that can only be accomplished during regular working hours. Personal phone calls made on City cell phones should be brief (2-3 minutes) and infrequent (3-4 per day). Examples of acceptable use could include making appointments, conferring with a child's school, contacting a spouse or child care giver to advise them of unexpected schedule changes or the need to work later than normal and emergency situations. Non-work related computer and phone use, whether or not it occurs during regular working hours, shall not interfere with any employee's job duties and/or performance and it must be consistent with standards of appropriate employee conduct.

# PAYROLL CHANGE FORM

| To: | Payroll Department | Employee No. | 151 |
|---|---|---|---|
| | | Employee Name | JAMES CLEAVENGER |
| | | Department | POLICE |

PLEASE ENTER THE FOLLOWING CHANGE(S) IN YOUR RECORDS, EFFECTIVE:

NEW HIRES – PROMOTIONS – WAGE INCREASES  10-1-11

| Type | Rate | Per | Step |
|---|---|---|---|
| [X] New Hire | $15.00 | [X] Hr [ ] Mo [ ] Yr | PAID RESERVE |
| [ ] Probation Completed | $ | [ ] Hr [ ] Mo [ ] Yr | |
| [ ] Step Increase | $ | [ ] Hr [ ] Mo [ ] Yr | |
| [ ] Cost of Living | $ | [ ] Hr [ ] Mo [ ] Yr | |
| [ ] Bonus | $ | [ ] Hr [ ] Mo [ ] Yr | |
| [ ] Other - Promotion | $ | [ ] Hr [X] Mo [ ] Yr | |

| DEPARTURES | REASON GIVEN | ELIGIBLE FOR REHIRE? |
|---|---|---|
| [ ] Resignation | | [ ] YES [ ] NO [ ] UNKNOWN |
| [ ] Retirement | | [ ] YES [ ] NO [ ] UNKNOWN |
| [ ] Layoff | | [ ] YES [ ] NO [ ] UNKNOWN |
| [ ] Discharge | | [ ] YES [ ] NO [ ] UNKNOWN |
| [ ] Leave of Absence | From | To |

PAYROLL DEDUCTION AUTHORIZATIONS – LEAVE ACCRUAL RATE and/or BALANCE CHANGES

| Description (i.e. AFLAC, Vacation) | Amount ($ or hours) | Description (i.e. AFLAC, Vacation) | Amount ($ or hours) |
|---|---|---|---|
| | | | |
| | | | |

COMMENTS:

| | | |
|---|---|---|
| Department Head Approval *Mark T. Chase* | Date: | 10/01/11 |
| H.R./Finance Dept. Approval | Date: | 1-9-12 |
| City Administrator Approval | Date: | 1/12/12 |
| Employee Signature | Date: | |
| Payroll Department | Date: | 1-27-12 |

H:\U\Dallice\Payroll\Payroll Forms\PayrollChangeForm-Revised 2010.docx

EXHIBIT 1 - Page 2 of 6

# Form W-4 (2011)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2011 expires February 16, 2012. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** If another person can claim you as a dependent on his or her tax return, you cannot claim exemption from withholding if your income exceeds $950 and includes more than $300 of unearned income (for example, interest and dividends).

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 further adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earners/multiple jobs situations.

Complete all worksheets that apply. However, you may claim fewer (or zero) allowances. For regular wages, withholding must be based on allowances you claimed and may not be a flat amount or percentage of wages.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 919 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 919 for details.

**Nonresident alien.** If you are a nonresident alien, see Notice 1392, Supplemental Form W-4 Instructions for Nonresident Aliens, before completing this form.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the amount you are having withheld compares to your projected total tax for 2011. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

## Personal Allowances Worksheet (Keep for your records.)

- A  Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . **A  1**
- B  Enter "1" if: { • You are single and have only one job; or / • You are married, have only one job, and your spouse does not work; or / • Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } **B  ___**
- C  Enter "1" for your spouse. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . **C  0**
- D  Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . **D  0**
- E  Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) . . **E  ___**
- F  Enter "1" if you have at least $1,900 of child or dependent care expenses for which you plan to claim a credit . . . **F  ___**
  (Note. Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)
- G  **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.
  - If your total income will be less than $61,000 ($90,000 if married), enter "2" for each eligible child; then less "1" if you have three or more eligible children.
  - If your total income will be between $61,000 and $84,000 ($90,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have six or more eligible children . . . . . . . **G  ___**
- H  Add lines A through G and enter total here. (Note. This may be different from the number of exemptions you claim on your tax return.) ▶ **H  1**

**For accuracy, complete all worksheets that apply.**
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $40,000 ($10,000 if married), see the Two-Earners/Multiple Jobs Worksheet on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

--- Cut here and give Form W-4 to your employer. Keep the top part for your records. ---

## Form W-4 — Employee's Withholding Allowance Certificate
Department of the Treasury — Internal Revenue Service
OMB No. 1545-0074 — **2011**

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

1  Type or print your first name and middle initial: **James M.**   Last name: **Cleavenger**
2  Your social security number: **536 82 5338**

Home address (number and street or rural route): **36383 Tinker Road**
3  ☐ Single  ☐ Married  ☒ Married, but withhold at higher Single rate.
Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code: **Pleasant Hill, OR 97455**
4  If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

5  Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2)  **5  1**
6  Additional amount, if any, you want withheld from each paycheck  **6  $**
7  I claim exemption from withholding for 2011, and I certify that I meet both of the following conditions for exemption.
  - Last year I had a right to a refund of all federal income tax withheld because I had no tax liability and
  - This year I expect a refund of all federal income tax withheld because I expect to have no tax liability.
  If you meet both conditions, write "Exempt" here . . . . . . . ▶ **7**

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature (This form is not valid unless you sign it.) ▶ *[signed]*   Date ▶ **12/29/2011**

8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)  9 Office code (optional)  10 Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 10220Q   Form W-4 (2011)

*[Stamp:]* CITY OF JUNCTION CITY / 680 GREENWOOD / P.O. BOX 250 / JUNCTION CITY, OR 97448

# PAYROLL NEW HIRE FORM
## CITY OF JUNCTION CITY

CITY OF JUNCTION CITY
680 GREENWOOD
P.O. BOX 250
JUNCTION CITY, OR 97448

**PLEASE PRINT**

| To: | Payroll Department | Employee No: |
| --- | --- | --- |
| | | Employee Name: James M. Cleavenger |
| | | Department: Police |
| | | Position: Reserve Officer |

PLEASE ENTER THE FOLLOWING CHANGE(S) IN YOUR RECORDS, EFFECTIVE:

## NEW HIRES

| Type | Rate | Per | Step |
| --- | --- | --- | --- |
| [x] New Hire | | [ ] Hr [ ] Mo [ ] Yr | |

[ ] Full-time  [x] Part-time  [ ] Seasonal

Hire Date: 1/5/10

Have You Ever Been a Member of PERS Retirement? [ ] Yes [x] No  If Yes, When?

## PERSONAL INFORMATION

| Full Name: | James Michael Cleavenger |
| --- | --- |
| Address: | 2675 Cresta De Ruta St. |
| City/State/Zip: | Eugene, OR 97403 |
| Telephone No: | 503-990-9368 |
| Date of Birth: | 09/20/1978 |
| Social Security No: | 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 |

### EMERGENCY CONTACT INFORMATION & Known Allergies

| Name | Relationship | Address | Phone |
| --- | --- | --- | --- |
| Chelsea Brandenburg | Sig. Other | 2675 Cresta De Ruta Eugene, OR 97403 | 913-961-8659 |
| Patricia Cleavenger | Mother | 1919 Meadows Dr. N. Richland, WA 99352 | 509-628-0064 |

Known Allergies: None

| Employee's Signature | [signed] | Date 3/31/2010 |
| --- | --- | --- |
| Department Head Approval: | Mark T. Chase | Date 4/19/10 |
| City Administrator Approval: | [signed] | Date 4/20/10 |
| Payroll Department Action: | | Date: |

H:\U\Dallice\Payroll\Payroll Forms\New Hire Packet\New Hire Form.doc

EXHIBIT 1 - Page 4 of 6

**Standard Insurance Company** — Enrollment and Change Form

*Check all boxes and complete all sections that apply. Return completed form to your Human Resources Department.*

### APPLICANT

- Your Name (Last, First, Middle): **Cleavenger, James, Michael**
- Group Name: City of Junction City
- Group Number(s): 134071
- Your Address: 2675 Cresta De Ruta St.
- City: Eugene
- State: OR
- Zip: 97403
- Your Soc. Sec. No.: 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
- Date of Birth: 09/20/1978
- ☒ Male ☐ Female
- Job Title/Occupation: Reserve Police Officer

### COVERAGE SECTION

*Check with your Human Resources Department about coverage options available to you and Evidence Of Insurability requirements.*

1. **Life Insurance**
   - ☐ Life ☐ Life with AD&D   Employer paid amount $_____
   - ☐ Additional/Optional Life ☐ Additional/Optional Life with AD&D   Your requested amount $_____
2. **Voluntary Life Insurance**
   - ☐ Voluntary Life ☐ Voluntary Life with AD&D   Your requested amount $_____
3. **Dependents Life Insurance**
   - ☐ Spouse requested amount $_____   Spouse Name _____   Date of Birth _____
   - ☐ Children requested amount $_____
4. **Accidental Death and Dismemberment (AD&D) Insurance**
   - ☒ AD&D   Employer paid amount $ 100%   ☐ Voluntary AD&D   Your requested amount $_____
5. **Supplemental Life Insurance**   Your requested amount $_____   Spouse requested amount $_____
6. **Short Term Disability**   ☐ Employer Paid ☐ Enhanced (Buy-up) ☐ Voluntary STD
7. **Long Term Disability**   ☐ Employer Paid ☐ Enhanced (Buy-up) ☐ Voluntary LTD
8. **Dental** *(See below)*   ☐ Employer Paid ☐ High Plan ☐ Voluntary Dental

Marital Status   ☐ Single ☐ Married ☐ Divorced
Coverage requested for ☐ You, your spouse and children ☐ You and your spouse ☐ You only ☐ You and your children (no spouse)
Are you covered for dental insurance under another plan? ☐ Yes ☐ No   Are one or more dependents? ☐ Yes ☐ No

| List dependents to enroll or delete. (Last name if different, First, Middle Initial) | Sex M/F | Date of Birth | List dependents to enroll or delete. (Attach sheet for additional dependents if needed.) | Sex M/F | Date of Birth |
|---|---|---|---|---|---|
| Spouse | | | Child 2 | | |
| Child 1 | | | Child 3 | | |

**Dental Insurance Waiver: Contributory Dental Insurance**
The Dental Insurance coverage available to me and my Dependents has been explained to me and I do not want to enroll at this time. I understand that if I elect to enroll in the future, the Dental Insurance coverage may be subject to a Late Enrollment Penalty.
☐ I decline Dental Insurance for myself   ☐ I decline Dental Insurance for one or more Dependents

### BENEFICIARY

This designation applies to coverage available through your Employer, if any, under Coverage Section 1 or 2 above. Unless specified otherwise on a separate sheet of paper, this designation will also apply to coverage available through your Employer, if any, under Coverage Sections 4 and 5 above. Designations are not valid unless signed, dated, and delivered to the Employer during your lifetime. See page 2 for further information.

| Primary – Full Name | Address | Soc. Sec. No. | Relationship | % of Benefit |
|---|---|---|---|---|
| Chelsea Brandenburg | 2675 Cresta De Ruta, Eugene 97403 | 574.920.225 | Sig Other | 100 |

| Contingent – Full Name | Address | Soc. Sec. No. | Relationship | % of Benefit |
|---|---|---|---|---|
| Patricia Cleavenger | 1919 Meadows Dr. N., Richland, WA 99352 | | Mother | 100 |

### CHANGE

Use this section only when you wish to make a change after insurance becomes effective. Complete all boxes and sections that apply.
☐ Add Dependent ☐ Delete Dependent ☐ Name Change ☐ Beneficiary Change ☐ Other _____
Date of add/delete _____   Former name _____

### SIGNATURE

I wish to make the choices indicated on this form. If electing coverage, I authorize deductions from my wages to cover my contribution, if required, toward the cost of insurance. I understand that my deduction amount will change if my coverage or costs change.

Member/Employee Signature Required: *[signed]*
Date: 3/31/2010

---

Human Resources Department – Complete this section. Retain form for your records.

| Division ID | Billing Category | Date of Hire or Rehire | Hours Worked Per Week | | | |
|---|---|---|---|---|---|---|
| | | | | Earnings $_____ Per: ☐ Hour ☐ Wk ☐ Mo ☐ Yr | | |

SI 7533   1 of 2   (8/03)

EXHIBIT 1 - Page 5 of 6

# OATH OF OFFICE

## City of Junction City

James Cleavenger
I, ~~Travis Crossman~~, solemnly swear that I will support the Constitution and laws of the United States and of Oregon, and that I will faithfully perform the duties of my office as a **RESERVE POLICE OFFICER** for the City of Junction City.

_____
Signature

8/24/2010
_____
Date

Signed and sworn to before me
this 24 day of August 2010
by ~~Travis Crossman~~
James Cleavenger
_____
Kitty Vodrup, City Recorder

CITY OF JUNCTION CITY
680 GREENWOOD
P.O. BOX 250
JUNCTION CITY, OR 97448



EXHIBIT 1 - Page 6 of 6