**Andrea D. Coit, OSB #002640**
andrea.coit@harrang.com
**Jonathan M. Hood, OSB #133872**
jonathan.hood@harrang.com
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:    541.485.0220
Facsimile:    541.686.6564
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JAMES M. CLEAVENGER,** | Case No. 6:13-cv-01908-DOC |
| Plaintiff, | **STIPULATED AGREEMENT** |
| vs. | |
| **UNIVERSITY OF OREGON (an Agency and Instrumentality of the State of Oregon), et al.,** | |
| Defendants. | |

    Plaintiff and Defendants stipulate that trial will be held in the Portland Division of the U.S. District Court, District of Oregon.

    DATED this 21st day of August, 2015.

HARRANG LONG GARY RUDNICK P.C.                    KAFOURY & McDOUGAL

By:    s/ Andrea D. Coit                                         By:    s/ Jason Kafoury
    Andrea D. Coit, OSB #002640                              Jason Kafoury, OSB #091200
    Attorneys for Defendants                                 Attorneys for Plaintiff

Page 1 – **STIPULATED AGREEMENT**

## CERTIFICATE OF SERVICE

I certify that on August 21, 2015, I served or caused to be served a true and complete copy of the foregoing **STIPULATED AGREEMENT** on the party or parties listed below as follows:

- ☑ Via CM / ECF Filing
- ☐ Via First Class Mail, Postage Prepaid
- ☐ Via Email
- ☐ Via Personal Delivery

Mark McDougal
Gregory Kafoury
Jason Kafoury
Grand Stable & Carriage Building
411 SW Second Avenue, Suite 200
Portland, OR 97204
  Attorneys for Plaintiff

HARRANG LONG GARY RUDNICK P.C.

By: s/ Andrea D. Coit
    Andrea D. Coit, OSB #002640
    Jonathan M. Hood, OSB #133872
    Attorneys for Defendants

00734231.v1

**CERTIFICATE OF SERVICE**