**Andrea D. Coit, OSB #002640**
andrea.coit@harrang.com
**Jonathan M. Hood, OSB #133872**
jonathan.hood@harrang.com
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:     541-485-0220
Facsimile:     541-686-6564
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JAMES M. CLEAVENGER,** | Case No. 6:13-cv-01908-DOC |
| Plaintiff, | **DEFENDANTS' AMENDED OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST** |
| vs. | |
| **UNIVERSITY OF OREGON (an Agency and Instrumentality of the State of Oregon), et al.,** | |
| Defendants. | |

## STIPULATIONS

1.     Defendants stipulate to the authenticity and admissibility of Plaintiff's Exhibit Nos. 1, 2, 3, 5, 6, 7, 8, 12, 13, 14, 31, 32, 35, 37, 38, 39, 42, 43, 44, 46, 50, 53, 58, 63, 67, 72, 74, 79, 80, 81, 82, 85, 86, 92, 102, 108, 109, 111, 116, 122, 126, 129, 130, 131, 132, 136, 139, 142, 150, 158, 161, 166, 167, 169, 170, 171, 173, 175, 176, 177, 183, 186, 188, 190, 191, 192, 193, 195, 197, 198, 199, 200, 201, 202, 209, 212, 213, 214, 215, and 221.  Defendants reserve their rights

2. Defendants stipulate to the authenticity only of the Plaintiff's Exhibit Nos. 4, 9, 15, 17, 18, 19, 20, 21, 28, 29, 30, 33, 34, 40, 41, 45, 49, 51, 52, 54, 55, 57, 61, 62, 65, 68, 71, 75, 77, 84, 87, 88, 89, 90, 91, 95, 96, 99, 100, 101, 103, 105, 106, 110, 112, 113, 114, 115, 117, 118, 119, 120, 121, 133, 134, 135, 137, 138, 141, 143, 144, 145, 146, 147, 148, 149, 151, 154, 155, 156, 157, 159, 160, 162, 163, 164, 165, 168, 174, 178, 181, 182, 184, 185, 187, 189, 194, 196, 204, 208, 210, 211, 216, 217, 218, 219, 220, 222, 223, 224, 225, 226, 227, 229, 230.

## OBJECTIONS

Unless otherwise stipulated above, Defendants object in whole or in part to all of Plaintiff's proposed exhibits.

DATED this 26th day of August, 2015.

            HARRANG LONG GARY RUDNICK P.C.


            By:   s/ Andrea D. Coit
              Andrea D. Coit, OSB #002640
              Jonathan M. Hood, OSB #133872
              Attorneys for Defendants

# CERTIFICATE OF SERVICE

I certify that on August 26, 2015, I served or caused to be served a true and complete copy of the foregoing **DEFENDANTS' AMENDED OBJECTIONS TO PLAINTIFF'S EXHIBIT LIST** on the party or parties listed below as follows:

- ☑ Via CM / ECF Filing
- ☐ Via First Class Mail, Postage Prepaid
- ☐ Via Email
- ☐ Via Personal Delivery

Mark McDougal
Gregory Kafoury
Jason Kafoury
Grand Stable & Carriage Building
411 SW Second Avenue, Suite 200
Portland, OR 97204
  Attorneys for Plaintiff

HARRANG LONG GARY RUDNICK P.C.

By: s/ Andrea D. Coit
    Andrea D. Coit, OSB #002640
    Jonathan M. Hood, OSB #133872
    Attorneys for Defendants

00732351.v1