**Jason L. Kafoury (OSB #091200)**
**Mark McDougal (OSB #890869)**
**Kafoury & McDougal**
**411 SW Second Avenue, Suite 200**
**Portland, OR 97204**
**(503) 224-2647**
**Fax: (503) 224-2673**
jkafoury@kafourymcdougal.com
mcdougal@kafourymcdougal.com
**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JAMES M. CLEAVENGER,** | Case No. 6:13-cv-01908-DOC |
| Plaintiff, | **PLAINTIFF'S AMENDED EXHIBIT LIST** |
| vs. | |
| **UNIVERSITY OF OREGON (an Agency and Instrumentality of the State of Oregon), et al.,** | |
| Defendants. | |

Plaintiff hereby amends his exhibit list to include exhibits 232 to 261.

| No. | Description | Offered | Received |
|---|---|---|---|
| 1 | Written reprimand by Cameron, 5/18/12 | | |
| 2 | Temporary reassignment and investigation letter by McDermed & Lebrecht, 5/18/12 | | |
| 3 | Clarification of expectations letter by Lebrecht, 11/18/11 | | |

**Page 1 - PLAINTIFF'S AMENDED EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 4 | Annual Performance Evaluation (For 3/7/11 – 3/7/12), 1st Draft, initially signed/dated 5/31/12 | | |
| 5 | Annual Performance Evaluation, 2nd Draft, written 7/1/12 | | |
| 6 | Annual Performance Evaluation, 3rd/Final Draft, signed 8/3/12 | | |
| 7 | CAD Report from Spencer View on 4/1/12 | | |
| 8 | Officer Hermens' Dash-Cam (ICV) video from Spencer View on 4/1/12 | | |
| 9 | Officer Cleavenger's Dash-Cam (ICV) video from Spencer View on 4/1/12 | | |
| 10 | Audio Recording of Radio Traffic from Spencer View on 4/1/12 ("condensed time") | | |
| 11 | RESERVED | | |
| 12 | List of all Calls for Service at Spencer View 6/16/11-6/15/12 | | |
| 13 | UODPS "21 Standards of Conduct" Policy | | |
| 14 | SEIU Collective Bargaining Agreement (OUS Union Contract 2011-2013) | | |
| 15 | ORS 236.350 and 236.360 and 236.370 (Disciplinary Actions) | | |
| 16 | List of 33 Training Requests | | |
| 17 | Descriptions of Trainings Requested | | |
| 18 | Emails from Cleavenger requesting trainings | | |
| 19 | Emails to and from Lt. Morrow on 2/20/12 | | |
| 20 | Email to Lt. Lebrecht on 6/12/12 - regarding Standard 11/Dishonesty | | |
| 21 | Video of DPS Computer on 6/8/12 Showing Removal of 2 Dash-cam Videos from Account/Access *#73, 74* | | |
| 22 | Video Reenactment showing Line of Sight *from* Spencer View Apartments to Officers' vehicles (6/13/12) | | |
| 23 | Video - Reenactment showing Line of Sight *from Officers'* | | |

| | | | |
|---|---|---|---|
| | *Vehicles* to Spencer View Apartments (6/13/12) | | |
| 24 | Photos (Reconstructions) on 6/13/12 at Spencer | | |
| 25 | Photo Reconstruction and measurement of Hermens' vehicle | | |
| 26 | Picture Photo Snap-Shots from Cleavenger's Dash-Cam video on 4/1/12 | | |
| 27 | Transcript Summary of Radio Call at Spencer View Apartments on 4/1/12 with time marks | | |
| 28 | Case Report 12-684 (4/1/12 – Cleavenger's Report from Main Spencer View Apts. Incident) | | |
| 29 | Case Report 12-448 (2/24/12 – Hermens & Phillips at SV for "Harassment") | | |
| 30 | Case Report 12-786 (4/16/12 – LeRoy at SV for "Noise Complaint") | | |
| 31 | Cleavenger's "Weekly Evaluation Summaries" by Lebrecht, 11/18/11 – 12/17/12 | | |
| 32 | Written statement/summary from 6/18/12 meeting with Lt. Morrow (2nd half of interview) | | |
| 33 | UODPS' Officer Performance Stats and Summary Charts | | |
| 34 | CAD Log of 359 "Outside Agency Assists" (154 Off Campus) between 8/1/10 to 8/31/12 | | |
| 35 | Cleavenger's Original Grievance Form for Letter of Reprimand, dated 6/18/12 | | |
| 36 | List of Cleavenger's Cases | | |
| 37 | UODPS Radio Policy & Procedures (from UODPS Policy Manual) | | |
| 38 | Puma Audio Recorders Policy | | |
| 39 | ORS 165.540 (Audio Recordings – "Obtaining Contents of Communications") | | |
| 40 | ORS 133.726(11) (Interception of Communications) | | |
| 41 | CAD Report from Spencer View on 6/4/12 | | |

| 42 | Cleavenger's Job Description (2010 Public Safety Officer Position) | | |
|---|---|---|---|
| 43 | Weapons Policy – Letter from Jamie Moffitt | | |
| 44 | UODPS Field Training Manual | | |
| 45 | JCPD Field Training Manual | | |
| 46 | Cleavenger's DPSST Training Record as of 4/2/13 | | |
| 47 | Cleavenger's Map of Spencer View Apartments | | |
| 48 | List and CAD Logs for 240 traffic "stops," "offenses," etc. from 8/22/11 to 5/14/12 | | |
| 49 | Traffic Stop Documents and Information in DPS Policy, Website, Press Releases | | |
| 50 | Lt. Lebrecht's Supervisory Files/Notes | | |
| 51 | CAD Activities for all UODPS Officers on 3/9/12 | | |
| 52 | CAD Activities for all UODPS Officers on 4/23/12 | | |
| 53 | Emails with Cameron on 6/29 Re: Annual Performance Evaluation and audio recording request | | |
| 54 | Donna Laue's email request to Morrow to see his investigation report | | |
| 55 | Emails to/from Morrow on 6/26/12 re: other traffic stops | | |
| 56 | Letters of Recommendation from Previous Employers | | |
| 57 | Emails regarding new duties imposed on 9/7/12 | | |
| 58 | Emails from 9/10/12 Outlining Cleavenger's Response to Wardlow, and Wardlow's response | | |
| 59 | Video of DPS Computer on 6/16/12 Showing Denial of *all* access to Dash-Cam Videos | | |
| 60 | Video of DPS Computer on 9/14/12 showing the removal of the 3rd 4/1/12 video and 4/2/12 video | | |
| 61 | Email from Wardlow on 8/30 describing how Cleavenger "lied" in the Letter of Reprimand | | |

| | | | |
|---|---|---|---|
| 62 | Photos of Reagan picture in UODPS East Office | | |
| 63 | Field Interview (FI) Card example | | |
| 64 | List of crimes Cleavenger witnessed but was not allowed to report, since prohibition 9/7/12 - 9/17/12 | | |
| 65 | Letters of Reprimand/Discipline of Other Officers | | |
| 66 | Interview Transcripts of Other Officers, drafted by SEIU Steward Donna Laue | | |
| 67 | Respectful Workplace Memo 2012 (1/31/12) by UO HR | | |
| 68 | Email from Morrow describing why Cleavenger's access to videos are blocked | | |
| 69 | Radio Traffic Audio Recording 6/4/12 (Perimeter set at SV for "verbal dispute") | | |
| 70 | Radio Traffic Audio Recording 2/24/12 (Phillips & Hermens at SV) | | |
| 71 | Dash-Cam Video from 2/24/12 (Phillips & Hermens at SV) | | |
| 72 | Audio Recording of 6/29/12 Meeting with Cameron & Bechdolt regarding Annual Review | | |
| 73 | Audio Recording of 8/13/12 Meeting with Lebrecht & Wardlow & Lois regarding Videos | | |
| 74 | Map of UO Campus | | |
| 75 | Department Work Schedules March 2011 - October 2012 | | |
| 76 | Video - View of Parking Space and Apt. #60 within view from the street at SV | | |
| 77 | Lebrecht to Morrow 5/16/12 email/memo and 5/6/12 "Customer Concern" (CIC) Form regarding Hermens incident on 5/6/12 | | |
| 78 | Donna Lau's Notes from 6/18/12 Interview re traffic stops with Morrow | | |
| 79 | 9/25/12 Letter - regarding 3 new allegations | | |
| 80 | 10/2/12 Letter - Notice of Unpaid Admin Leave and Pre-Dismissal | | |

| | | | |
|---|---|---|---|
| | Hearing | | |
| 81 | Step-2 Grievance Decision/Denial (by Brian Smith) dated 10/4/12 | | |
| 82 | ORS 352.385 (Special Campus Public Safety Officers) | | |
| 83 | Cleavenger's TPO Monthly & Quarterly Reports includes; 12/10 report on "failure to stop at stop sign tickets" | | |
| 84 | Law Enforcement Code of Ethics | | |
| 85 | Cleavenger's Doctor's Note for Sensitive Skin (for Letter of Clarification Response) | | |
| 86 | Termination Letter (dated: 10/25/12, received: 10/26/2012) | | |
| 87 | 2nd Grievance Form (of Termination) filed 11/07/2012 | | |
| 88 | 7/10/11 DOR of Cleavenger by FTO Chris Phillips regarding checking expired license plates | | |
| 89 | Cleavenger's Complete Field Training Evaluation Program (FTEP) DOR files | | |
| 90 | FTEP "End of Phase 3 Report" signed by FTO Drake and Sgt. Bechdolt on 7/4/11 | | |
| 91 | FTEP "End of Phase 5 Report" signed by FTO Drake and Sgt. Bechdolt on 8/22/11 | | |
| 92 | 6-Month "Trial Service Appraisal" Evaluation by Lt. Lebrecht on 12/7/11 | | |
| 93 | JCPD Letter of Support and Recommendation | | |
| 94 | Email from FTO Michael Drake on 4/2/13 – Explanation of DOR's and Overall FTEP Performance | | |
| 95 | DPS Case Reports for non-citable offenses | | |
| 96 | Additional DPS Case Summaries describing incidents/cases for non-citable crimes | | |
| 97 | List of Citable Municipal Offenses by DPS Officers (into Eugene Municipal Court) | | |
| 98 | CAD Report of Felony Reports (non-citable) Per Officer between | | |

| | | | |
|---|---|---|---|
| | 8/22/11-3/5/12 | | |
| 99 | Email from Donna Laue on 4/3/13 regarding Morrow's refusal to accept evidence on 7/6/12 | | |
| 100 | Cleavenger's DOR from FTO Drake on 7/1-2/11 regarding a welfare check for prohibited camping (a non-citable offense) that turned into an Assault case (UODPS case #11-1383) | | |
| 101 | UO Daily Emerald newspaper article from 3/11/13 (PSO & Police officers have same authorities) | | |
| 102 | Arbitration Panel Request Letter 4/8/13 | | |
| 103 | Email to Ryan Hagemann on 10/31/12 offering any additional documents and confirming prior receipt of others | | |
| 104 | Exhibits List presented to Brian Caufield at Step-3 Hearing on 4/3/13 | | |
| 105 | UOPD (UODPS) and UO VPFA Organizational Management Charts (as of 2/7/13 and 8/6/13) and contact list | | |
| 106 | UODPS 2012 Annual Report (Crimes stats) and Clery Statistics | | |
| 107 | Email from Lt. David Beatty, DPSST Instructor, regarding dash-cams training request | | |
| 108 | Emails from Lt. Morrow on 8/18/11 confirming receipt of final TPO report | | |
| 109 | Texts from 5/8/2013 between Cleavenger and Eric Leroy | | |
| 110 | UO Website Article regarding "Traffic Safety Day" | | |
| 111 | Cleavenger Employment Rejection Letters from EPD and Canby PD | | |
| 112 | Emails from Donna & Lois regarding Wardlow's response to allegation he ordered the Letter of Reprimand (6/13/12) | | |
| 113 | SEIU Arbitration Request Letters from 4/8/13, 5/31/13 and 6/5/13 | | |
| 114 | SEIU Arbitration notice letter to Cleavenger 7/31/13 | | |
| 115 | Picture of UOPD Public Information Officer Kelly McIver | | |

| | | | |
|---|---|---|---|
| 116 | 2012 Olympic Trials Security Credentials for Cleavenger | | |
| 117 | University of Oregon sheet re: citable traffic violations | | |
| 118 | AIRS information for a wanted subject identified but unable to arrest | | |
| 119 | Casey Boyd Rebuttal Letter 6/28/12 | | |
| 120 | Marc Boyd trespass notice 10/28/13 | | |
| 121 | List of statutes of PSO's and Police Officer's authority | | |
| 122 | Clery Act Memo from Chief Carolyn McDermed to all UO faculty & staff 11/4/13 | | |
| 123 | Clery Act – 20 U.S.C. 1092 (f) | | |
| 124 | UO Staff "Crime Reporting Guidelines" from UOPD website | | |
| 125 | UOPD 2013 Annual Report & Clery Crime Stats (w/ PSO authorities & Clery requirements) | | |
| 126 | Safety Escort Ride document from UOPD | | |
| 127 | Amanda William's video from 9/10/12 Knife Incident | | |
| 128 | Zach Hermens' video from 9/10/12 Knife Incident | | |
| 129 | Video from stop of Dean Nicole Commissiong incident on 4/1/12 | | |
| 130 | UOPD Radio traffic from 9/10/12 - Knife Incident | | |
| 131 | UOPD Radio Traffic from 9/3/12 (first "Problematic Call-Out" incident) | | |
| 132 | UOPD Radio Traffic from 9/6/12 (second "Problematic Call-Out" incident) | | |
| 133 | DUII Incidents from UOPD from 8/1/2010 to 8/31/2012 (from CAD) | | |
| 134 | Ofc. Williams' Case Report from case 12-1843 (9/10/12 knife incident) | | |
| 135 | Examples of bike stops "BIKEQ" and "BIKEST" in CAD | | |

| # | Description | | |
|---|---|---|---|
| 136 | CAD report from 2nd call-out to Spencer View on 4/1/12 (noise complaint) | | |
| 137 | Sean Riddell's 1/8/14 Preservation Letter regarding Marc Boyd's case | | |
| 138 | Emails Re settlement negotiations for the arbitration between Coit and Stefan | | |
| 139 | Around The O response article by UO about the Bowl of Dicks List on 7/16/14 by Julie Brown | | |
| 140 | Joint Statement of Support for Cleavenger by former UODPS Officers | | |
| 141 | Marc Boyd's Letter Of Trespass issued by UOPD | | |
| 142 | Cleavenger's concealed carry permit issued by LCSO 12/10/2012 | | |
| 143 | Mobile Video Tactics DPSST Course registration and information (3/10/15) | | |
| 144 | Puma Training Memo for LeRoy & Parker 2009 (also see #41) used in Davis' Depo (Ex 73) | | |
| 145 | Photo picture of UODPS officers' jackets fleece and hats during arrest | | |
| 146 | Email from Lebrecht regarding Cleavenger wearing equipment and polo uniform | | |
| 147 | 6/18/12 email from Wardlow, Lebrecht, McDermed discussing plan to terminate Cleavenger | | |
| 148 | 2011 DPSST Brady List Memo from monthly Ethics Bulletin | | |
| 149 | 4/23/2013 UOPD Police Officer job posting listing Brady List eligibility as a qualification | | |
| 150 | "Brady v. Maryland Disqualifier Review" memo from Lebrecht to DA Alex Gardner dated 6/17/2014 | | |
| 151 | DPSST Field Training and Evaluation Program (FTEP) Field Training Officer (FTO) Training Certificate from 5/7/2015 | | |
| 152 | Declaration of Daniel M. Pearce (UO Cricket Club President) w/passport, dated 8/2/2015 | | |

| | | | |
|---|---|---|---|
| 153 | 9/9/14 email from US Dept. Of Education federal investigator Wendell Brantley re: federal investigation of UOPD for violations of the Clery Act | | |
| 154 | 5/12/14 email from Marc Stefan confirming Cleavenger's files will be confidential and not disclosed in the Settlement Agreement | | |
| 155 | 7/23/14 emails from Andrea Coit confirming the terms of the Settlement Agreement | | |
| 156 | John Ahlen's email to Brian Caufield on 4/4/13 re: 4/3/13 Step-3 Termination Grievance Hearing | | |
| 157 | Map of Spencer View Apts marked by Cameron during his Deposition | | |
| 158 | UOPD Policy #612 "Brady List Disclosure" | | |
| 159 | Bowl of Dicks List ("The List") from Officer Eric LeRoy's cell phone | | |
| 160 | Eric LeRoy's Letter of Reprimand | | |
| 161 | 2/28/11 email from Cleaveger to Morrow re: cricket team English accent | | |
| 162 | Email to Ryan Hagemann on 11/15/12 offering any additional documents and confirming prior receipt of others | | |
| 163 | Emails to Hagemann trying to set-up a Step-3 hearing | | |
| 164 | Emails to Wardlow in 2013 requesting to view special files | | |
| 165 | McDermed and Moffitt Email from 7/11/14 re: professionalism after media released "The List" | | |
| 166 | "Rough Draft" version of Cleavenger's Annual Performance Evaluation and email from Cameron dated 4/1/12. | | |
| 167 | 2010 email from Doug Tripp encouraging officers, but not command staff, to review their audio | | |
| 168 | 3/10/14 email from McDermed announcing the arbitration decision and following discussion about trying to block Cleavenger from returning. | | |
| 169 | 9/13/12 Draft Re-Training Program memo and email by Lebrecht | | |

**Page 10 - PLAINTIFF'S AMENDED EXHIBIT LIST**

| | | | |
|---|---|---|---|
| | to McDermed | | |
| 170 | 6/30/14 Letter from DA Alex Gardner to McDermed re: Brady List submission | | |
| 171 | 7/7/14 Letter from DA Alex Gardner to McDermed re: Brady List submission | | |
| 172 | 8/13/14 JCPD Response Letter and attached exhibits sent by Mertz, Nicol, and Markell to Alex Gardner re Brady List allegations | | |
| 173 | 7/28/14 Letter from McDermed to Alex Gardner responding to his 7/7/12 letter | | |
| 174 | Map of Spencer View Apts marked by Hermens during his Deposition | | |
| 175 | 1/6/15 email from Bill Anderson to Lebrecht re computers being "replaced" and "wiped" | | |
| 176 | 11/4/11 text to email of text sent to Lebrecht by Cleavenger re: forthcoming Letter of 11/18/11 | | |
| 177 | Garrity Notification from 4/7/12 interview re Spencer View incident. | | |
| 178 | Arbitration Decision by Rich Ahearn, dated 2/24/14 | | |
| 179 | Anonymous Letter sent on 8/21/14 to DA's Office and UO President's office re: Eric LeRoy and other officers who should not have been hired. | | |
| 180 | Declaration of James Cleavenger dated 4/30/15 | | |
| 181 | Brian Caufield's handwritten notes from 4/3/2013 Step-3 Hearing | | |
| 182 | Emails re: Settlement Offers from Andrea Coit 3/7/14 & 3/25/14 | | |
| 183 | Email from McDermed to Doug Tripp on 5/14/12 re: plan to try to fire Cleavenger | | |
| 184 | Plaintiff's and Defendants' Statement of Genuine Disputes of Material Facts for Motion for Summary Judgment | | |
| 185 | Declaration of Brandon Lebrecht in support of Defendants' Motion for Summary Judgment | | |

**Page 11 - PLAINTIFF'S AMENDED EXHIBIT LIST**

| | | | |
|---|---|---|---|
| 186 | "Garrity Interview Follow Up" Memo by Lebrecht re: 4/7/12 interview of Cleavenger about Spencer View incident | | |
| 187 | Declaration of Carolyn McDermed in support of Defendants' Motion for Summary Judgment | | |
| 188 | 9/19/12 email from Bechdolt to Morrow re beer can incident | | |
| 189 | Declaration of Mike Morrow in support of Defendants' Motion for Summary Judgment | | |
| 190 | Transcript of phone complaint received on 4/11/12 | | |
| 191 | Transcript of 4/2/12 traffic stop of UO student | | |
| 192 | Transcript of 4/1/12 traffic stop of law school Dean Commissiong | | |
| 193 | Transcript of 6/18/12 interview of Cleavenger by Morrow (1st half only) | | |
| 194 | Declaration of Andrea Coit in support of Defendants' Motion for Summary Judgment | | |
| 195 | Memo from Bechdolt to Wardlow dated 9/25/12 re: problematic call outs | | |
| 196 | 2nd Declaration of Andrea Coit in support of Defendants' Motion for Summary Judgment | | |
| 197 | New UOPD Policies #1011 and #1060 | | |
| 198 | Draft Settlement Agreement email by Andrea Coit from 3/7/14 | | |
| 199 | Draft Settlement Agreement email by Andrea Coit from 5/22/14 | | |
| 200 | Draft Settlement Agreement email Cleavenger from 6/4/14 | | |
| 201 | Additional Draft Settlement Agreement and emails from 2014 | | |
| 202 | Cleavenger's 6/15/15 pay raise | | |
| 203 | Declaration of Michael Drake in support of Plaintiff's Response | | |
| 204 | Michael Drake's 2015 Annual Evaluation | | |
| 205 | Declaration of Amanda Hayles in support of Plaintiff's Response | | |

| # | Description | | |
|---|---|---|---|
| 206 | Declaration of Corey Mertz in support of Plaintiff's Response | | |
| 207 | Declaration of James Cleavenger in support of Plaintiff's Response | | |
| 208 | 10/5/12 email to Brian Smith by Cleavenger with Royce Myers' 8/22/12 Written Statement | | |
| 209 | 3/31/14 "Best Practices for Navigating Brady v. Maryland in Oregon" memo (by Gardner) | | |
| 210 | 6/30/14 Letter from DA Gardner to Coburg Police Chief Larry Larson re: Brady | | |
| 211 | Emails from Andrea Coit on 7/24/14 and 7/25/14 announcing UOPD's Brady List disclosure to the Lane County DA on 6/17/14 | | |
| 212 | Emails between Cleavenger and Lane County DA Alex Gardner and Patty Perlow, etc. between 7/29/14 and 8/25/14 | | |
| 213 | Email from Andrea Coit re: appeal of the arbitration decision if Cleavenger seeks to be reinstated | | |
| 214 | Email from Andrea Coit to Marc Stefan on 4/18/14 re: Cleavenger special assessment period | | |
| 215 | 3/5/12 email from DA Alex Gardner to Carolyn McDermed and all other area police chiefs explaining the Brady List requirements and process | | |
| 216 | Articles from The Daily Emerald, September 30, 2013 | | |
| 217 | Excerpt from The Register-Guard, July 11, 2014 | | |
| 218 | UODPS "21 Standards of Conduct" Policy | | |
| 219 | APSO Radio Training Handout | | |
| 220 | JCPD Timesheets | | |
| 221 | Mike Morrow's Internal Investigation Report dated 7/27/12 | | |
| 222 | Press Releases describing PSO Authorities and name change to UOPD | | |
| 223 | CAD "Officer Activity Log" for Cleavenger from 5/18/2012 to 9/18/2012 | | |

| | | | |
|---|---|---|---|
| 224 | Cleavenger's Case Report #12-1844 (9/10/12) | | |
| 225 | Cleavenger Case Report # 12-693 regarding possible theft of bike lights from the UOPD barn 8/6/12 | | |
| 226 | Emails between Marc Stefan and Andrea Coit discussing what job position Cleavenger would be able to return to after reinstatement | | |
| 227 | Audio recording from 6/18/12 meeting with Lt. Morrow (1st half of interview only) | | |
| 228 | Tactical Pens Receipts and page 59 from Field Patrol Notebook (list of purchasers) | | |
| 229 | 04/02/2012 Draft of Letter of Reprimand (final on 5/18) written by Scott Cameron | | |
| 230 | Email chain dated July 11, 2014 regarding Brady documents | | |
| 231 | Jennifer Parker's BOLI Complaint and Investigation File | | |
| 232 | Audio Recording of Radio Traffic from 5/6/12 ("condensed time") | | |
| 233 | Audio Recording of Radio Traffic from 5/6/12 ("full/real time" with time marks) | | |
| 234 | CAD Report from 5/6/2012 | | |
| 235 | Press Articles from Plaintiff's 2008 Tasers Speeches | | |
| 236 | Termination Letters of UODPS Employees for theft and dishonesty | | |
| 237 | Probably Former Ofc. Bowes' 2009 Settlement Agreement and Termination Letter | | |
| 238 | Disciplinary Personnel File of Scott Cameron | | |
| 239 | Law Enforcement Background Check Examples | | |
| 240 | Map of Eugene, Oregon | | |
| 241 | JCPD 2012 Evidence Audit Memo submitted 12/28/2012 | | |
| 242 | JCPD 2014 Evidence Audit Memo submitted 4/22/2015 | | |
| 243 | Chase v. Junction City USDC Case #15-1028 Complaint | | |
| 244 | Coburg PD Chief Larry Larson Brady reply email to DA re | | |

**Page 14 - PLAINTIFF'S AMENDED EXHIBIT LIST**

|   | Cleavenger's Brady issue | | |
|---|---|---|---|
| 545 | Resume of plaintiff James Cleavenger | | |
| 246 | Photos from UO Parking Lot #16 (related to 4/1/12 incident) | | |
| 247 | Photos from Dairy Queen Drive-Thru near 13th & Paterson in Eugene (related to 4/1/12 incident) | | |
| 248 | Witness Disqualification email sent to Deputy DA on 7/3/2014 | | |
| 249 | "Oh Gawd Again" email from DA's office on 2/3/2015 | | |
| 250 | 1st email from DA Gardner to UOPD re Cleavenger's Brady Response sent on 8/29/2014 | | |
| 251 | 2nd email from DA Gardner to UOPD re Cleavenger's Brady Response sent on 8/29/2014 | | |
| 252 | 6/25/12 Email from Mike Morrow regarding renaming traffic stops in dispatch (see UO discovery item # UO 017238) | | |
| 253 | Response from UO re internet use report 1 (Myers) | | |
| 254 | Response from UO re internet use report 2 (Bechdolt?) | | |
| 255 | Response from UO re internet use report 3 (Phillips) | | |
| 256 | Response from UO re cases for crimes that officers could not actually cite for (make sure cases I have paper copies of are included) | | |
| 257 | clean copies of pictures from Ex #25 | | |
| 258 | clean copies of pictures from Ex #25 | | |
| 259 | JCPD Case #10-631 report (see paper copy) | | |
| 260 | Picture of 2015 UofO cricket team | | |
| 261 | Interview of Kent Abbott by Donna Laue on 8/9/12 | | |

DATED September 4, 2015.

          */s/ Mark McDougal*
**Jason L. Kafoury (OSB#091200)**
**Mark McDougal (OSB #890869)**
**Kafoury & McDougal**
**411 SW Second Ave., Ste. 200**
**Portland, OR 97204**
**(503) 224-2647**
**Fax: (503) 224-2673**
**jkafoury@kafourymcdougal.com**
**mcdougal@kafourymcdougal.com**
**Attorney for Plaintiff**

# CERTIFICATE OF SERVICE

I certify that on September 4, 2015, I served or caused to be served a true and complete copy of the foregoing **PLAINTIFF'S AMENDED EXHIBIT LIST** on the party or parties listed below as follows:

> Andrea Coit
> Andrea.coit@harrang.com
> Harrang Long Gary Rudnick P.C.
> 360 E 10th Ave, Ste 300
> Eugene OR 97401-3273

☑ Via CM / ECF Filing

*/s/ Mark McDougal*
**Jason L. Kafoury (OSB#091200)**
**Mark McDougal (OSB #890869)**
**Kafoury & McDougal**
**411 SW Second Ave., Ste. 200**
**Portland, OR 97204**
**(503) 224-2647**
**Fax: (503) 224-2673**
**jkafoury@kafourymcdougal.com**
**mcdougal@kafourymcdougal.com**
**Attorney for Plaintiff**