**Andrea D. Coit, OSB #002640**
**andrea.coit@harrang.com**
**Jonathan M. Hood, OSB #133872**
**jonathan.hood@harrang.com**
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:      541-485-0220
Facsimile:      541-686-6564
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JAMES M. CLEAVENGER,** | Case No. 6:13-cv-01908-DOC |
| Plaintiff, | **DEFENDANTS' FOURTH AMENDED EXHIBIT LIST** |
| vs. | |
| **UNIVERSITY OF OREGON (an Agency and Instrumentality of the State of Oregon), et al.,** | |
| Defendants. | |

Defendants may offer some or all of the following exhibits at trial, depending on the

court's rulings on evidentiary matters.  By listing the following exhibits, Defendants do not

obligate themselves to offer the exhibits, stipulate to their admissibility, or otherwise waive any

objection to Plaintiff's use of the same exhibit, should the evidentiary rulings make said exhibit

inadmissible.

/ / / /

/ / / /

Page 1 – **DEFENDANTS' FOURTH AMENDED EXHIBIT LIST**

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---------|-------------|---------|----------|----------|-----------|
| 300 | Memorandum from Douglas Tripp to UODPS Personnel Re: Professionalism (2/23/10) | | | | |
| 301 | E-mail from Cleavenger to Morrow Re: American Citizenship (2/28/11) | | | | |
| 302 | Message from Cleavenger to Lebrecht Re: Clarification Memorandum (11/4/11) | | | | |
| 303 | Collective Bargaining Agreement | | | | |
| 304 | Written Reprimand (5/18/12) | | | | |
| 305 | Incident Report Re: Incident at Spencer View Apt. (4/1/12) | | | | |
| 306 | CAD Full Report Re: Incident at Spencer View Apt. (4/1/12) | | | | |
| 307 | Plaintiff's in-car video Re: Incident at Spencer View Apt. - CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER | | | | |
| 308 | Officer Hermens' in-car video Re: Incident at Spencer View Apt. - CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER | | | | |
| 309 | Plaintiff's radio transmissions re: Incident at Spencer View Apt. - CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER | | | | |
| 310 | Officer Hermens' radio transmissions Re: Incident at Spencer View Apt. - CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER | | | | |
| 311 | Plaintiff's Field Training Manual | | | | |
| 312 | Memorandum from Lebrecht to Cleavenger Re: Clarification of Expectations (11/18/11) | | | | |

Page 2 – **DEFENDANTS' FOURTH AMENDED EXHIBIT LIST**

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---------|-------------|---------|----------|----------|-----------|
| 313 | Officer Weekly Summary Reports Re: Cleavenger (11/16/11-12/17/11) | | | | |
| 314 | Memorandum from Lebrecht to McDermed Re: Weekly Evaluations (12/28/11) | | | | |
| 315 | E-mail from Alex Gardner Re: Advising District Attorney Office of Brady Concerns (3/5/12) | | | | |
| 316 | Sgt. Cameron's Notes from 4/1/12 Re: Spencer View Incident | | | | |
| 317 | Memorandum Re: Cameron's and Lebrecht's 4/7/12 Interview of James Cleavenger | | | | |
| 318 | E-mail from Cameron to Randy Wardlow Re: Meeting with Cleavenger (4/8/12) | | | | |
| 319 | E-mail Exchange Between Lebrecht and Randy Wardlow Re: Follow up of Spencer View incident  (4/11/12) | | | | |
| 320 | E-mail Exchange Between McDermed and Tripp Re: Cleavenger (5/14/12) | | | | |
| 321 | Memorandum from McDermed to Cleavenger Re: Temporary Reassignment (5/18/12) | | | | |
| 322 | Cleavenger's Performance Evaluation (5/31/12) | | | | |
| 323 | Audio of meeting with Cleavenger and Cameron re performance appraisal (6/29/12) | | | | |
| 324 | E-mail Exchange Between Cleavenger and Cameron Re: Dates of Annual Review (6/14/12 2:21 p.m.) | | | | |

Page 3 – **DEFENDANTS' FOURTH AMENDED EXHIBIT LIST**

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---------|-------------|---------|----------|----------|-----------|
| 325 | E-mail Exchange Between McDermed and Cleavenger Re: Grievance Meeting (6/14/12) | | | | |
| 326 | E-mail Exchange Between Cleavenger and Union Re: Grievance Meeting (6/14/12) | | | | |
| 327 | E-mail Exchange Between Cameron and Cleavenger Re: Annual Performance Evaluation Meeting (6/21/12 9:11 p.m.) | | | | |
| 328 | E-mail Exchange Between Cameron and Cleavenger Re: Annual Performance Evaluation (6/25/12) | | | | |
| 329 | E-mail from Cameron to Cleavenger Re: Changes to Performance Appraisal (6/30/12 8:47 p.m.) | | | | |
| 330 | E-mail Exchange Between Cleavenger and Cameron Re: Changes to Annual Performance Evaluation (7/1/12 10:21 p.m.) | | | | |
| 331 | Lt. Morrow's Internal Affairs Report with exhibits (7/27/12) | | | | |
| 332 | In Car Video of 4/1/12 Traffic Stop of Nicole Commissiong | | | | |
| 333 | Audio of Dispatch Communications Re: Initial Stop of Vehicle for 4/1/12 Traffic Stop of Nicole Commissiong | | | | |
| 334 | Audio of Dispatch Response for 4/1/12 Traffic Stop of Nicole Commissiong | | | | |
| 335 | Audio of Dispatch Re En Route for Coverage for 4/1/12 Traffic Stop of Nicole Commissiong | | | | |
| 336 | Audio of Dispatch Communications Re Clear Call for 4/1/12 Traffic Stop of Nicole Commissiong | | | | |

Page 4 – **DEFENDANTS' FOURTH AMENDED EXHIBIT LIST**

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---|---|---|---|---|---|
| 337 | In Car Video of 4/2/12 Traffic Stop of Student | | | | |
| 338 | Audio of Dispatch Communications Re Initial Call out on 4/2/12 Traffic Stop of Student | | | | |
| 339 | Audio of Telephone Conversation Between Student and UO Department of Public Safety Re 4/2/12 Traffic Stop | | | | |
| 340 | Policy on Digital Audio Recorders | | | | |
| 341 | Grievance of Written Reprimand (6/18/12) | | | | |
| 342 | E-mail Exchange Between Cleavenger, Union, and Wardlow Re: 8/13/12 Meeting (8/2/12) | | | | |
| 343 | CAD Report for Cleavenger – Clear (8/13/12 16:25) | | | | |
| 344 | E-mail Exchange Between Cleavenger and McDermed Re: Meeting (8/12/12, 8/13/12) | | | | |
| 345 | E-mail Exchange Between Cleavenger and Cameron Re: Annual Performance Evaluation (8/29/12) | | | | |
| 346 | Audio from Cleavenger Re: instruction from Cameron and Lebrecht re call-outs (9/7/12) | | | | |
| 347 | E-mails Between Bechdolt, Morrow, and Cameron Re: Call-Outs (9/8/12) | | | | |
| 348 | E-mail from Cleavenger Re: Clarification of Activities During Work Hours (9/10/12) | | | | |
| 349 | E-mail exchange Between Lois Yoshishige and Randy Wardlow Re: Training Offer (9/10/12) | | | | |

Page 5 – **DEFENDANTS' FOURTH AMENDED EXHIBIT LIST**

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---|---|---|---|---|---|
| 350 | Memorandum from Lebrecht to Cleavenger Re: Patrol Re-Training (9/13/12) | | | | |
| 351 | Excerpts from the Lebrecht performance review (9/19/12) | | | | |
| 352 | Audio Recording Re 9/3/12 Call-Out | | | | |
| 353 | Audio Recording Re 9/6/12 Call-Out | | | | |
| 354 | Audio Recording Re 9/20/12 Call Outs | | | | |
| 355 | Notice of Investigatory Suspension (9/25/12) | | | | |
| 356 | Memorandum from Bechdolt to Wardlow Re: Officer James Cleavenger Follow-Up (9/25/12) | | | | |
| 357 | E-mail Exchange Between Cleavenger and Lois Yoshishige Ending October 1, 2012, Re: Content of October 2, 2012, Meeting with Brian Smith | | | | |
| 358 | Notice of Disciplinary Suspension Without Pay and Pre-Dismissal Hearing (10/1/12) | | | | |
| 359 | Letter from Brian Smith to Lois Yoshishige Re: Response to Grievance of Written Reprimand (10/4/12) | | | | |
| 360 | Letter from Linda King to Cleavenger Re: Termination of Employment (10/25/12) | | | | |
| 361 | Step-3 Decision on Reprimand and Termination Grievances (4/22/13) | | | | |
| 362 | 21 Standards of Conduct | | | | |

Page 6 – **DEFENDANTS' FOURTH AMENDED EXHIBIT LIST**

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---|---|---|---|---|---|
| 363 | E-mail Exchange Between McDermed, Bechdolt, and Pete Deshpande Re: Cleavenger Arbitration Decision and *Brady v. Maryland* (3/10/14 - 3/12/14) | | | | |
| 364 | Best Practices for Navigating *Brady v. Maryland* in Oregon (3/31/14) | | | | |
| 365 | E-mail from Andrea Coit to Marc Stefan Re: Arbitration Settlement (4/7/14) | | | | |
| 366 | E-mail Exchange Between Andrea Coit and Marc Stefan Re: Additional Training (4/18/14) | | | | |
| 367 | UOPD Policy 612 – *Brady* Material Disclosure (6/1/13) | | | | |
| 368 | E-mail Chain Ending 6/4/14 from Cleavenger Re: Settlement Agreement (6/4/14) | | | | |
| 369 | E-mails Discussing the Settlement Agreement of the Arbitration Award (6/5/14) | | | | |
| 370 | Resignation as a Public Safety Officer with the University of Oregon Police Department (6/14/13) | | | | |
| 371 | Memorandum from UOPD to Lane County DA Re *Brady v. Maryland* Disqualifier Review with attachments (6/17/14) | | | | |
| 372 | Complaint from Cleavenger to Junction City Re: JCPD Chief Mark Chase (6/23/14) | | | | |
| 373 | Letter from Alex R. Gardner to Chief Carolyn McDermed Re: James Cleavenger (6/30/14) | | | | |

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---------|-------------|---------|----------|----------|-----------|
| 374 | Letter from Alex R. Gardner to Chief Carolyn McDermed Re: *Brady v. Maryland* Review Concerning James Cleavenger (7/7/14) | | | | |
| 375 | Letter from Chief McDermed to Alex Gardner Re: *Brady v. Maryland* Review Concerning James Cleavenger (7/28/14) | | | | |
| 376 | Signed Settlement Agreement (9/4/14) | | | | |
| 377 | UOPD policies number 1011 and 1060 (12/16/14) | | | | |
| 378 | James M. Cleavenger's Lawyer Profile from the Washington State Bar Association (6/2/15) | | | | |
| 379 | Photo of Text Messages Between Cleavenger and LeRoy | | | | |
| 380 | Text Messages Between Cleavenger and LeRoy (5/8/13) | | | | |
| 381 | E-mail and attachments from Cleavenger to D. Laue Re: audio recording of contacts (7/29/12) | | | | |
| 382 | E-mail from Cleavenger to D. Laue Re: taking time off from UOPD (6/7/12) | | | | |
| 383 | E-mail from Cleavenger to D. Laue Re: response to Lt. Morrow (6/15/12) | | | | |
| 384 | E-mail from Lebrecht to UOPD officers Re: Whitney Harder (5/15/12) | | | | |
| 385 | E-mail from Cleavenger to L. Yoshishige and D. Laue Re: retraining offer (7/13/12) | | | | |

Page 8 – **DEFENDANTS' FOURTH AMENDED EXHIBIT LIST**

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---------|-------------|---------|----------|----------|-----------|
| 386 | Cleavenger's "Timeline of Events" (5/5/13) | | | | |
| 387 | E-mail from Cleavenger to D. Laue Re: Hermens lying to please Cameron (10/1/12) | | | | |
| 388 | E-mails from Cleavenger to union stewards Re: response to retraining offer (9/8/12, 9/10/12) | | | | |
| 389 | Three photographs of outside of UOPD training room windows | | | | |
| 390 | E-mail from Cleavenger to D. Laue Re: Taser speech (8/10/12) | | | | |
| 391 | E-mail from Cleavenger to union stewards Re: new job offers (10/18/12) | | | | |
| 392 | E-mails between Cleavenger and Michael Drake during FTEP Re skiing | | | | |
| 393 | Carolyn McDermed Resume and training records | | | | |
| 394 | Reserved | | | | |
| 395 | Lt. Lebrecht Resume and training records | | | | |
| 396 | Sgt. Cameron resume and training records | | | | |
| 397 | Cleavenger training records | | | | |
| 398 | Excerpts from Cleavenger's job application with UOPD and background investigation, including reports of prior arrests | | | | |
| 399 | E-mail from Cleavenger to union stewards Re: introduction for grievance meeting (9/25/12) | | | | |

Page 9 – **DEFENDANTS' FOURTH AMENDED EXHIBIT LIST**

| Exhibit | Description | Offered | Received | Rejected | Withdrawn |
|---|---|---|---|---|---|
| 400 | Final Report OACP Recommendations | | | | |
| 401 | Photo of James Cleavenger | | | | |
| 402 | E-mail from Lebrecht to Cameron and McDermed Re: PSO (4/10/12) | | | | |
| 403 | E-mail from Lebrecht to McDermed and Morrow with Running Log (5/12/12) | | | | |
| 404 | Linda King's Notes from the Pre-Dismissal Meeting (10/12/12) | | | | |
| 405 | Randy Wardlow's Notes from the Pre-Dismissal Meeting (10/12/12) | | | | |
| 406 | Amendment No. One to City of Eugene Contract No. 2006-03208 | | | | |
| 407 | 2012 Training Denials | | | | |
| 408 | 2012 Training Approvals | | | | |

DATED this 6th day of September, 2015.

HARRANG LONG GARY RUDNICK P.C.

By:   s/ Andrea D. Coit
      Andrea D. Coit, OSB #002640
      Jonathan M. Hood, OSB #133872
      Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on September 6, 2015, I served or caused to be served a true and complete

copy of the foregoing **DEFENDANTS' FOURTH AMENDED EXHIBIT LIST** on the party

or parties listed below as follows:

☑    Via CM / ECF Filing

☐    Via First Class Mail, Postage Prepaid

☐    Via Email

☐    Via Personal Delivery

Mark McDougal
Gregory Kafoury
Jason Kafoury
Grand Stable & Carriage Building
411 SW Second Avenue, Suite 200
Portland, OR 97204
  Attorneys for Plaintiff

                       HARRANG LONG GARY RUDNICK P.C.

                       By:  s/ Andrea D. Coit
                         Andrea D. Coit, OSB #002640
                         Jonathan M. Hood, OSB #133872
                         Attorneys for Defendants

00737849.v1

**CERTIFICATE OF SERVICE**