**Andrea D. Coit, OSB #002640**
**andrea.coit@harrang.com**
**Jonathan M. Hood, OSB #133872**
**jonathan.hood@harrang.com**
Harrang Long Gary Rudnick P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone: 541-485-0220
Facsimile: 541-686-6564
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JAMES M. CLEAVENGER,** | Case No. 6:13-cv-01908-DOC |
| Plaintiff, | **DEFENDANTS' SECOND SUPPLEMENTAL MOTION IN LIMINE** |
| vs. | |
| **UNIVERSITY OF OREGON (an Agency and Instrumentality of the State of Oregon), et al.,** | |
| Defendants. | |

Defendants submit the following Supplemental Motion in Limine.

**Motion - To Exclude Evidence that Plaintiff Reported a Violation of State Laws When Complaining That he was not Afforded his Rights Under ORS 236.350-370 (Officers Bill of Rights).**

Plaintiff claims he spoke out on a matter of public concern when he complained to some person or another that he was not provided all the protections owed to him under Oregon's Officers Bill of Rights, ORS 236.350-370. These statutes do not apply to Plaintiff or afford him any protections. ORS 236.370 states: "ORS 236.350 to 236.370 do not apply to disciplinary

Page 1 – **DEFENDANTS' SECOND SUPPLEMENTAL MOTION IN LIMINE**

action taken against public safety officers who are: * * * (6) Represented in a collective bargaining unit if the collective bargaining agreement or the established policies of the law enforcement unit that employs the public safety officers provide for procedures and safeguards of the sort provided in ORS 236.350 to 370." See Plaintiff's Ex. 15.

Plaintiff was a member of the union and protected by its Collective Bargaining Agreement with Oregon University System. Plaintiff was fully aware of his union rights and protections. His complaints that University of Oregon Police Department violated ORS 236.350, et seq., were baseless and cannot be relied on as an example of his reporting what he reasonably believed to be a violation of state law.

DATED this 6th day of September, 2015.

HARRANG LONG GARY RUDNICK P.C.

By:   s/ Andrea D. Coit
    Andrea D. Coit, OSB #002640
    Jonathan M. Hood, OSB #133872
    Attorneys for Defendants

# CERTIFICATE OF SERVICE

I certify that on September 6, 2015, I served or caused to be served a true and complete copy of the foregoing **DEFENDANTS' SECOND SUPPLEMENTAL MOTION IN LIMINE** on the party or parties listed below as follows:

☑ Via CM / ECF Filing
☐ Via First Class Mail, Postage Prepaid
☐ Via Email
☐ Via Personal Delivery

Mark McDougal
Gregory Kafoury
Jason Kafoury
Grand Stable & Carriage Building
411 SW Second Avenue, Suite 200
Portland, OR 97204
  Attorneys for Plaintiff

HARRANG LONG GARY RUDNICK P.C.

By: s/ Andrea D. Coit
    Andrea D. Coit, OSB #002640
    Jonathan M. Hood, OSB #133872
    Attorneys for Defendants

00737868.v1