# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

JAMES CLEAVENGER,

    Plaintiff,

v.

UNIVERSITY OF OREGON, et al.,

    Defendants,

Case No. 6:13-1908-DOC

**EXHIBIT AND WITNESS LIST**

| Date(s) of Hearing/Trial | 9/8/2015 - |
|---|---|
| Court Reporter(s) | Jill Jessup |
| Deputy Clerk(s) | Christy Weller |

| Attorneys for Plaintiff | Attorney for Defendants |
|---|---|
| Greg Kafoury, Jason Kafoury, Mark McDougal | Andrea Coit, Jonathan Hood |

| Ptf Ex. No. | ID | Ev | Def Ex. No. | ID | Ev | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| -------- | --- | --- | ---------- | --- | --- | 9/8/2015 | **AMANDA HAYLES** | P |
| ------- | -- | -- | ---------- | -- | -- | -------- | **ELIZABETH NIX** | P |
| 140 | x | R | | | | | Letter of support for Cleavenger lawsuit signed by NIX | |
| -------- | --- | --- | ---------- | --- | --- | 9/9/2015 | **THOMAS ZACHARY HERMENS** | P |
| 174 | x | R | | | | | Map of Spencer View apartment area | |
| 9 | x | R | 307 | | | | Dash cam video - Cleavenger (4/1/2012) Spencer View Apartment | |
| 130 | x | R | | | | | Radio traffic from 9/10/12 - knife incident | |
| 128 | x | R | | | | | Zach Hermens' video from 9/10/12 knife incident | |
| 29 | x | R | | | | | Case Report 12-448 (2/24/12) Hermens & Phillips at SV | |
| 10 | x | R | | | | | Audio Recording of Radio Traffic from Spencer View on 4/1/12 | |
| 233 | x | R | | | | | Audio Recording of radio traffic from 5/6/12 | |

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. 2

Case No. 6:13-1908-DOC

Title: Cleavenger v. U of O, et al.

| Govt / Ptf Ex. No. | ID | Ev | Def Ex. No. | ID | Ev | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| --------- | --- | --- | --------- | --- | -- | 9/9/2015 | ROYCE MYERS | P |
| 208 | x | N | | | | | 10/5/12 email to Smith by Cleavenger with Royce Myers' 8/22/12 written statement | |
| 253 | x | R | | | | | Internet search history of Myers | |
| --------- | --- | -- | --------- | --- | --- | ---------- | ROBERT KENT ABBOTT | P |
| 261 | | | | | | | Interview of Kent Abbott by Donna Laue on 8/9/12 | |
| ---------- | --- | --- | --------- | --- | -- | ---------- | SEAN BRATHWAITE | P |
| ---------- | --- | --- | --------- | --- | -- | ---------- | LARRY BLACK | P |
| ---------- | -- | --- | --------- | -- | -- | ---------- | JARED DAVIS | P |
| ---------- | -- | -- | --------- | --- | -- | ---------- | CHRIS WAGGONER | P |
| 356 | | N | | | | | Call out transcript | |
| ✓ 353 | x | R | | | | | Audio of call out | |
| ------ | -- | -- | --------- | -- | -- | --------- | ERIC LEROY | P |
| 159 | x | R | | | | | Bowl of Dicks List | |
| ---------- | --- | -- | --------- | --- | --- | 9/10/2015 | CASEY BOYD | P |
| 262 | x | R | | | | | Email from Bill Anderson, from Lt. Lebrecht | |
| 119 | x | R | | | | | Casey Boyd Rebuttal letter 6/28/12 | |
| 120 | x | R | | | | | Letter of trespass issued to Marc Boyd | |
| | | | 409 | x | R | | Letter of reprimand from McDermed to Boyd | |
| ---------- | -- | -- | --------- | -- | -- | ---------- | DANIEL MARTIN PEARCE - BY VIDEO | P |
| ---------- | --- | -- | --------- | -- | -- | ---------- | JOHN AHLEN - BY VIDEO | P |
| ---------- | -- | -- | --------- | -- | -- | ---------- | ANDREW BECHDOLT | P |
| 90 | x | R | | | | | End of phase training report 3 (7/4/11) | |

R=Received; N=Not Received; W=Withdrawn/Not Offered    (CLEAVENGER EXHIBIT LIST.wpd)

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. 3

Case No. 6:13-1908-DOC    Title: Cleavenger v. U of O, et al.

| Govt / Ptf Ex. No. | ID | Ev | Def Ex. No. | ID | Ev | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| 91 | x | R | | | | | End of phase training report 5 (8/22/11) | |
| --- | -- | -- | --- | -- | -- | 9/10/15 | TIMOTHY RANGER | P |
| --- | --- | -- | --- | -- | -- | --- | COREY MERTZ | P |
| 172 | x | R | | | | | Response ltr and attached exhibits sent by Mertz, et al. Re: Brady list allegations. (8/13/2014) | |
| 150 | x | R | | | | | Brady Submission re: Cleavenger | |
| 93 | x | R | | | | | JCPD Letter of support and recommendation | |
| --- | -- | -- | --- | -- | -- | --- | KENNETH EDWARD JACKSON | P |
| --- | -- | -- | --- | -- | -- | --- | ERIC MARKELL | P |
| --- | -- | -- | --- | --- | -- | --- | BRANDON NICOL | P |
| --- | -- | -- | --- | --- | -- | --- | MICHAEL CLEAVENGER | P |
| --- | -- | -- | --- | -- | -- | 9/11/2015 | LARRY LARSON | P |
| 244 | x | R | | | | | Coburg PD Chief Larry Larson Brady reply email to DA re: Cleavenger's Brady issue | |
| --- | -- | -- | --- | -- | -- | --- | BRIAN PATERSON | P |
| --- | --- | -- | --- | -- | -- | --- | SCOTT CAMERON | P |
| 4 | x | R | | | | | Annual Performance evaluation 1st draft (5/31/12) | |
| 5 | x | R | | | | | Annual Performance evaluation 2nd draft (7/1/12) | |
| 6 | x | R | | | | | Annual Performance evaluation 3rd/final draft (8/3/12) | |
| 166 | x | R | | | | | Rough Draft version of Cleavenger's annual performance eval and email from Cameron dated 4/1/12 | |
| --- | -- | -- | --- | -- | -- | --- | BRANDON LEBRECHT | P |
| 168 | x | R | | | | | Email (3/10/14) from McDermed re: arbitration decision | |
| 158 | x | R | | | | | UOPD Policy #612 Brady List Disclosure | |
| 178 | x | R | | | | | Arbitration decision of Rich Ahearn, dated 2/24/14 | |

R=Received; N=Not Received; W=Withdrawn/Not Offered          (CLEAVENGER EXHIBIT LIST.wpd)

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. __4__

Case No. 6:13-1908-DOC                                  Title: Cleavenger v. U of O, et al.

| Govt / Ptf Ex. No. | ID | Ev | Def Ex. No. | ID | Ev | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| 31 | x | R | | | | | Cleavenger's "Weekly Evaluation Summaries" by Lebrecht, 11/18/11 - 12/17/12 | |
| 175 | x | R | | | | 9/11/2015 | 1/6/15 email from Bill Anderson to Lebrecht re: computer being "replaced" and "wiped" | |
| 169 | x | R | | | | | 9/13/12 Draft Re-Training Program memo and email by Lebrecht | |
| ---------- | -- | -- | ------- | --- | -- | --------- | **CAROLYN McDERMED** | P |
| 168 | x | R | | | | | 3/10/14 email from McDermed | |
| 215 | x | R | | | | | 3/5/12 email from DA Gardner to McDermed | |
| 170 | x | R | | | | | 6/30/14 Letter to DA Gardner from McDermed re: Brady List | |
| 173 | x | R | | | | | 7/28/14 from McDermed to Gardner | |
| 171 | x | R | | | | | 7/7/14 Letter from DA Gardner to McDermed re: Brady List | |
| 230 | x | R | | | | | Email chain dated 7/11/14 regarding Brady documents | |
| ---------- | -- | -- | ---------- | -- | -- | 9/14/2015 | **JAMES CLEAVENGER** | P |
| 161 | x | R | | | | | 2/28/11 email from Cleavenger to Morrow re: cricketer team English accent | |
| 267 | x | R | | | | | Cleavenger resume 2010 | |
| 83 | x | R | | | | | Cleavenger TPO monthly report 12/10 | |
| 108 | x | R | | | | | Email from Morrow to Cleavenger 8/11 | |
| 263 | x | R | | | | | Photograph of Cleavenger skiing | |
| 235 | x | R | | | | | Newspaper articles | |
| 31 | x | R | | | | | Weekly evaluations by Lebreacht of Cleavenger | |
| 10 | x | R | | | | | Audio recording of Radio Traffic from SV on 4/1/12 | |
| 257 | x | R | | | | | Photo from Exh #25 (8 pictures) | |
| 258 | x | R | | | | | Clean copies of pictures from Ex #25 (8 pictures) | |
| 265 | x | R | | | | | Photo (1 picture) | |

R=Received; N=Not Received; W=Withdrawn/Not Offered                                        (CLEAVENGER EXHIBIT LIST.wpd)

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. 5

Case No. 6:13-1908-DOC        Title: Cleavenger v. U of O, et al.

| Govt / Ptf Ex. No. | ID | Ev | Def Ex. No. | ID | Ev | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| 30 | x | R | | | | | Case report by Leroy 4/16/12 | |
| 129 | x | R | | | | 9/14/2015 | Video of stop of Dean of law school | |
| 246 | x | R | | | | | Pictures of parking lot #16 (9 photos) | |
| 63 | x | R | | | | | Photocopy of FI card | |
| | | | 337 | x | | | Video of traffic stop of student 4/2/2012 | |
| 191 | x | R | | | | | Transcript of exhibit #337 | |
| 48 | x | R | | | | | List of case numbers of traffic stops/citations (appeals) | |
| 49 | x | R | | | | | Traffic Stop documents and Information in DPS Policy | |
| 150 | x | R | | | | | Brady v. Maryland Disqualifier Review memo | |
| 38 | x | R | | | | | Puma Audio Recorders Policy | |
| 268 | x | R | | | | | Department Policy 446 for dash cams | |
| 51 | x | R | | | | | CAD activities for 3/9/12 | |
| 52 | x | R | | | | | CAD activities for 4/23/12 | |
| 144 | x | R | | | | | Memo to McDermed from Hanson re: Puma training (2009) | |
| 270 | x | R | | | | | Map of Eugene | |
| 233 | x | R | | | | | Audio of dispatch re: loaded gun on 5/6/2012 | |
| 234 | x | R | | | | | CAD report from 5/6/2012 | |
| 1 | x | R | | | | | Letter of Reprimand by Cameron (5/18/12) | |
| 2 | x | R | | | | | Temporary reassignment and investigation letter by McDermed & Lebrecht (5/18/12) | |
| 223 | x | R | | | | | CAD Report 5/18/2012 - 9/18/2012 | |
| 33 | x | R | | | | | Statistics compiled by Cleavenger | |
| 58 | x | R | | | | | Emails dated 9/10/12 outlining Cleavenger's Response to Wardlow | |

R=Received; N=Not Received; W=Withdrawn/Not Offered        (CLEAVENGER EXHIBIT LIST.wpd)

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. __6__

Case No. 6:13-1908-DOC                                    Title: Cleavenger v. U of O, et al.

| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| 79 | x | R | | | | | Letter dated 9/25/12 re: 3 new allegations | |
| 57 | x | R | | | | 9/14/2015 | Emails regarding new duties imposed on 9/7/12 | |
| 155 | x | R | | | | | 7/23/14 email from Coit confirming terms of settlement agreement. | |
| 211 | x | R | | | | | Emails from Coit on 7/24/14 and 7/25/14 announcing UOPD's Brady List disclosure to Lane County DA on 6/17/14. | |
| 230 | x | N | | | | | Email dated 7/11/2014, regarding Brady documents | |
| 212 | x | R | | | | | Email from Gardner to Cleavenger between 729/14 and 8/25/14 | |
| ---------- | -- | -- | --------- | -- | -- | 9/15/2015 | **MICHAEL RICHARD DRAKE** | P |
| 90 | x | R | | | | | End of phase report for Cleavenger | |
| 91 | x | R | | | | | End of phase report for Cleavenger | |
| 204 | x | | | | | | Drake annual evaluation | |
| ----- | --- | --- | ---- | --- | -- | ------- | **PLAINTIFF'S EXHIBITS STIPULATED TO ADMISSION** | ------ |
| 3 | x | R | | | | | Clarification of expectations letter by Lebrecht, 11/18/11 | |
| 12 | x | R | | | | | List of all calls for service at SV 6/16/11 - 6/15/12 | |
| 13 | x | R | | | | | UOPD "21 Standards of Conduct" Policy | |
| 14 | x | R | | | | | SEIU Collective Bargaining Agreement | |
| 19 | x | R | | | | | Emails to and from Lt. Morrow | |
| 28 | x | R | | | | | Case Report 12-684 (4/1/12 - SV Apartment by Cleavenger) | |
| 34 | x | R | | | | | CAD Log of 359 "Outside Agency Assists" 8/1/10 to 8/31/12 | |
| 35 | x | R | | | | | Cleavenger's original grievance form for letter of Reprimand, 6/18/12 | |
| 37 | x | R | | | | | UOPD Radio Policy & Procedures | |
| 39 | x | R | | | | | ORS 165.540 (Audio Recordings -Obtaining contents...) | |
| 42 | x | R | | | | | Cleavenger's job description | |
| 43 | x | R | | | | | Weapons Policy - | |

R=Received; N=Not Received; W=Withdrawn/Not Offered                    (CLEAVENGER EXHIBIT LIST.wpd)

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. 7

Case No. 6:13-1908-DOC        Title: Cleavenger v. U of O, et al.

| Govt / Ptf Ex. No. | ID | Ev | Def Ex. No. | ID | Ev | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| 46 | x | R | | | | | Cleavenger's DPSST Training record as of 2015 | |
| 54 | x | R | | | | 9/15/2015 | Donna Laue's email request to Morrow to see his investigation report | |
| 55 | x | R | | | | | Emails to/from Morrow on 6/26/12 re: other traffic stops | |
| 67 | x | R | | | | | Respectful Workplace memo | |
| 74 | x | R | | | | | Map of UO campus | |
| 80 | x | R | | | | | 10/2/12 Letter - Ntc of unpaid admin leave and pre-dismissal hearing | |
| 81 | x | R | | | | | Step 2 Grievance decision/denial by Smith dated 10/4/12 | |
| 82 | x | R | | | | | ORS 352.385 (Special Campus Public Safety Officers) | |
| 86 | x | R | | | | | Termination letter - 10/25/12 | |
| 92 | x | R | | | | | 6-month "trial service appraisal" 12/7/11 | |
| 98 | x | R | | | | | CAD report of felony reports per officer | |
| 102 | x | R | | | | | Arbitration panel request letter 4/8/13 | |
| 106 | x | R | | | | | UODPS 2012 Annual Report and Clery Statistics | |
| 122 | x | R | | | | | Clery Act memo from Chief McDermed 11/4/13 | |
| 126 | x | R | | | | | Safety escort ride document from UOPD | |
| 130 | x | R | | | | | AUDIO - Knife Incident | |
| 131 | x | R | | | | | AUDIO - Problematic call out | |
| 132 | x | R | | | | | AUDIO - Problematic call out | |
| 135 | x | R | | | | | Examples of bike stops | |
| 139 | x | R | | | | | Around the O response article by UO about the Bowl of Dicks List | |
| 147 | x | R | | | | | 6/18/12 email from Wardlow, Lebrecht, McDermed discussing plan to terminate Cleavenger | |
| 148 | x | R | | | | | 2011 DPSST Brady List Memo from monthly Ethics Bulletin | |
| 149 | x | R | | | | | 4/23/13 UOPD Police officer job posting listing Brady list eligibility as a qualification | |

R=Received; N=Not Received; W=Withdrawn/Not Offered        (CLEAVENGER EXHIBIT LIST.wpd)

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. __8__

Case No. 6:13-1908-DOC              Title: Cleavenger v. U of O, et al.

| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| 165 | x | R | | | | 9/15/2015 | McDermed and Moffitt email from 7/11/14 re: professionalism after media released "the list" | |
| 183 | x | R | | | | | Email from McDermed to Tripp on 5/14/12 re: plan to try to fire Cleavenger | |
| 192 | x | R | | | | | Transcript of 4/1/12 Traffic stop of law school Dean Commissiong | |
| 193 | x | R | | | | | Transcript of 6/18/12 interview of Cleavenger by Morrow | |
| 197 | x | R | | | | | New UOPD Policies #1011 and #1060 | |
| 209 | x | R | | | | | 3/31/14 Best Practices for Navigation Brady v. Maryland in Oregon | |
| 210 | x | R | | | | | 6/30/14 Letter from Gardner to Coburg Police Chief Larson re: Brady | |
| 224 | x | R | | | | | Cleavenger's case report #12-1844 - 9/10/12 | |
| 229 | x | R | | | | | 4/2/12 Draft of letter of reprimand written by Cameron | |
| 236 | x | R | | | | | Termination letters of UODPS employees for theft and dishonesty | |
| 238 | x | R | | | | | Disciplinary Personnel file of Cameron | |
| 248 | x | R | | | | | Witness disqualification email sent to deputy DA on 7/3/14 | |
| 249 | x | R | | | | | "Oh Gawd Again" email from DA's Office on 2/3/15 | |
| 250 | x | R | | | | | 1st email from DA Gardner to UOPD re: Cleavenger's Brady response sent on 8/29/14 | |
| 251 | x | R | | | | | 2nd email from DA Gardner to UOPD re: Cleavenger's Brady respond sent on 8/29/14 | |
| 252 | x | R | | | | | 6/25/12 Email from Morrow regarding renaming traffic stops in dispatch | |
| 254 | x | R | | | | | Response from UO re: internet use report 2 (Bechdolt?) | |
| 260 | x | R | | | | | Picture of 2015 UO cricket team | |
| 264 | x | R | | | | | 2012 JCPD Time Sheets for Plaintiff | |
| 266 | x | R | | | | | 7/11/14 Email chain re: Brady materials for plaintiff | |
| 270 | x | R | | | | | Map of Eugene | |
| 271 | x | R | | | | | Email from Coit to Cleavenger dated 7/8/14 | |

R=Received; N=Not Received; W=Withdrawn/Not Offered                    (CLEAVENGER EXHIBIT LIST.wpd)

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. 9

Case No. 6:13-1908-DOC    Title: Cleavenger v. U of O, et al.

| Govt / Ptf Ex. No. | ID | Ev | Def Ex. No. | ID | Ev | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| 272 | x | R | | | | 9/15/2015 | Email from Cleavenger to Coit dated 7/23/14 | |
| ---------- | -- | -- | --------- | -- | -- | | **JAMES CLEAVENGER (CROSS EXAM)** | P |
| | | | 423 | x | R | | Email from Cleavenger to John Ahlen 11/30/12 | |
| | | | 424 | x | R | | Audio of Cleavenger | |
| | | | 387 | x | R | | Email from Cleavenger to Laue re: Hermens (10/1/12) | |
| | | | 416 | x | | | Audio of Cleavenger's radio communication on 10/29/11 | |
| | | | 425 | x | R | | Audio of Cleavenger "Clea-venger" | |
| | | | 351 | x | | | Exhibit I recording played - Winegarten rights | |
| | | | 418 | x | R | | Neutral Letter of reference from Chief McDermed 7/10/14 | |
| | | | 325 | x | R | | Email exchange between McDermed and Cleavenger re: Grievance meeting - 6/14/12 | |
| | | | 426 | x | | | Audio | |
| ---------- | -- | -- | --------- | -- | -- | ------------ | **MICHAEL MORROW** | D |
| | | | 331 | x | R | | Internal Affair Investigation/Audio played | |
| | | | 337 | x | R | | Stop #2 video 4/2/12 | |
| | | | 332 | x | R | | Dean video | |
| | | | | | | | Audio exhibit 12 to 331 | |
| | | | | | | | Exhibit 14 to 331 | |
| ---------- | --- | -- | --------- | --- | -- | 9/16/2015 | **ANDREW BECHDOLT** | D |
| | | | 406 | x | R | | Amendment to Memo of Understanding between UofO and City of Eugene | |
| 168 | x | R | | | | | Email (3/10/14) from McDermed re: arbitration decision | |
| ---------- | --- | -- | --------- | --- | -- | --------- | **PETE DESHPENDE** | D |
| | | | 412 | x | R | | Email between UOPD and general counsel re: arbitration decision | |

R=Received; N=Not Received; W=Withdrawn/Not Offered        (CLEAVENGER EXHIBIT LIST.wpd)

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. 10

Case No. 6:13-1908-DOC                Title: Cleavenger v. U of O, et al.

| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| ----- | -- | -- | ---- | -- | -- | 9/16/2015 | **CHRISTOPHER DAVID PHILLIPS** | D |
| 29 | x | R | | | | | Case Report 12-448 (2/24/12) Hermens & Phillips at SV | |
| 89 | x | | | | | | Cleavenger's Complete Field Training Evaluation Program (FTEP) DOR files | |
| | | | | | | | **LINDA KING** | D |
| | | | 404 | x | | | Linda King Notes from the Pre-dismissal hearing (10/12/12) | |
| 237 | x | | | | | | Former Ofc Bowes' 2009 settlement agreement and termination ltr. | |
| 274 | x | | | | | | Linda King Notes with extra pages which are unreadable. (#404) | |
| | | | 426 | x | | | Notes from investigation by King | |
| ------ | --- | -- | ---- | -- | -- | --------- | **ALEXANDER RICHARD GARDNER** | D |
| | | | 364 | x | R | | Best Practices for Navigating Brady v. Maryland | |
| | | | 373 | x | R | | Letter from Gardner to McDermed - 6/30/14 | |
| 215 | x | R | | | | | 3/5/12 Email from Gardner to McDermed and all other area police chiefs | |
| | | | | | | | **MARK CHASE** | D |
| 273 | x | | | | | | Email DA's Office (Perlow/Gardner) (June 2014) Re: Termination from JC | |
| -------- | -- | -- | --------- | -- | -- | ------------ | **LOIS KYONO YOSHISHIGE** | D |
| | | | 385 | x | R | | Email from Cleavenger to Yoshishige and Laue re: retraining offer (7/13/12) | |
| | | | 391 | x | R | | Email from Cleavenger to union stewards re: new job offers (10/18/12) | |
| | | | | | | 9/21/15 | (Direct continued) | |
| | | | 349 | x | R | | Email from Yoshishige to Cleavenger (8/22/2012) | |
| | | | 357 | x | R | | Email exchange between Yoshishige and Cleavenger (10/4/12) | |
| 112 | x | | | | | | Email Yoshishige and Cleavenger (6/13/12) | |
| --------- | --- | --- | ------- | -- | -- | | **BRIAN CAUFIELD** | D |

R=Received; N=Not Received; W=Withdrawn/Not Offered            (CLEAVENGER EXHIBIT LIST.wpd)

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. __11__

Case No. 6:13-1908-DOC                Title: Cleavenger v. U of O, et al.

| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| | | | 361 | x | R | 9/21/2015 | Step 3 decision issued | |
| ---------- | --- | -- | --------- | --- | -- | ---------- | **BRANDON LEBRECHT** | D |
| | | | 420 | x | R | | Email from Lebrecht to Morrow (10/29/11) | |
| 3 | | | 312 | x | R | | Letter of Clarification from Lebrecht to Cleavenger dated 11/18/2011 | |
| | | | 314 | x | R | | End of eval email from Lebrecht to McDermed | |
| | | | 421 | x | R | | Email from Cameron to Lebecht (4/1/2012) | |
| ----- | -- | -- | --------- | -- | -- | ------- | **MICHAEL MORROW** | D |
| | | | 427 | x | R | | Email from Morrow to King Re; Cleavenger's schedule conflict claim | |
| 279 | x | R | | | | | Emails from Morrow (5/17) | |
| 280 | x | R | | | | | Emails from Morrow//Dave Corey (4/23/12) | |
| 273 | x | R | | | | | Partial text message from Morrow | |
| ---------- | -- | -- | ---------- | -- | -- | ------------ | **BRANDON LEBRECHT** (continued) | D |
| | | | 351G | | | | Video (gun issue) | |
| | | | 351 | x | R | | Excerpts from the Lebrecht performance review (9/19/12) | |
| | | | 351B | x | R | | Video - accident | |
| | | | 351H | x | R | | Video - looking for cans | |
| | | | 351F | x | R | | Video - UIP violation | |
| | | | 351C | x | R | | Video - 18th/University stop - Brown Jeep | |
| | | | 351I | x | R | 9/22/15 | Video - w/Yoshishige | |
| | | | 350 | x | R | | Memorandum from Lebrecht to Cleavenger re: Re-training | |
| | | | 414 | x | R | | Log of Cleavenger Activity Reports | |
| 276 | x | R | | | | | Email between McDermed, Lebrecht, Deshpande re: Arbitration decision | |
| 71 | x | | | | | | Dash cam video from 2/24/12 (Phillips & Hermens at SV) | |

R=Received; N=Not Received; W=Withdrawn/Not Offered                (CLEAVENGER EXHIBIT LIST.wpd)

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. 12

Case No. 6:13-1908-DOCTitle: Cleavenger v. U of O, et al.

| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| ------- | --- | --- | --------- | --- | --- | 9/22/15 | NICOLE COMMISSIONG | D |
| -------- | --- | --- | --------- | --- | --- | -------- | REBECCA TOBIAS reading deposition of CHELSEA BRANDENBERG | D |
| --------- | --- | --- | ---------- | --- | --- | ------ | SCOTT CAMERON | D |
| | | | 435 | x | R | | Rough draft of performance appraisal (4/2/2012) | |
| | | | 322 | x | R | | Corrected rough draft (5/31/12) | |
| | | | 323 | x | R | | Audio of meeting w/Cleavenger (6/29/12) | |
| | | | 419 | x | R | | Email from Lebrecht to Cameron | |
| --------- | --- | --- | ------- | -- | -- | 9/23/2015 | CAROLYN McDERMED | D |
| | | | 413 | x | R | | Eugene Police report - Marc Boyd | |
| | | | 410 | x | R | | Email - Robert Edwards re: Trespass letter to Boyd (11/15/13) | |
| | | | 403 | x | W | | Email - Lt. Lebrecht log of items being reviewed (5/12) | |
| | | | 320 | x | R | | Email exchange between McDermed and Tripp re: Cleavenger (5/14/12) | |
| | | | 411 | x | R | | Email exchange Re: DPS Referral (5/18/12 and 5/19/12) | |
| | | | 436 | x | N | | Handwritten notes taken by Carolyn McDermed | |
| | | | 429 | x | R | | Emails from Morrow to Dr. Corey re: Fitness for Duty Evaluation | |
| | | | 358 | x | R | | Pre-dismissal Letter | |
| | | | 376 | x | R | | Settlement agreement | |
| | | | 374 | x | R | | Letter from Gardner to McDermed re: Brady v. Maryland concerning Cleavenger (7/7/14) | |
| | | | 375 | x | R | | Letter from McDermed to Gardner re: Brady v. Maryland concerning Cleavenger (7/28/14) | |
| | | | 432 | x | R | | Per Stipulation of the parties re: Mertz | |
| | | | 433 | x | R | | Per Stipulation of the parties re: Mertz | |
| | | | 434 | x | R | | Per Stipulation of the parties re: Mertz | |

R=Received; N=Not Received; W=Withdrawn/Not Offered(CLEAVENGER EXHIBIT LIST.wpd)

### EXHIBIT AND WITNESS LIST
### (Continued)

pg. __13__

Case No. 6:13-1908-DOC                                      Title: Cleavenger v. U of O, et al.

| Govt / Ptf ||| Def ||| Date | WITNESS / EXHIBIT DESCRIP | Called by |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
|---|---|---|---|---|---|---|---|---|
| -------- | --- | --- | ----------- | -- | -- | 9/23/2015 | **CHARLES SALSBURY** | P |
|  |  |  | 437 | x | R |  | Junction City Investigation report by Salsbury |  |

R=Received; N=Not Received; W=Withdrawn/Not Offered                    (CLEAVENGER EXHIBIT LIST.wpd)