# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES M. CLEAVENGER, | |
| Plaintiff, | Case No. 6:13-cv-01908-DOC |
| vs. | |
| CAROLYN McDERMED, BRANDON LEBRECHT, and SCOTT CAMERON, | JURY NOTES |
| Defendants | |

Could we have all the
Testimony given by
~~Scott~~ Cameron when
was called by the Plaintiff,
To include Direct, Cross-exam,
Re-direct & Re-Cross

Jury Note #1
9/24/15
1:52

We are missing
#208 ¼ Page Letter for/by
Royce Myers

Juror Note #2
9/24/15
1:57

Was the
Public Service Officer
Bill of Rights, pertinent
to State Law entered
into Evidence?

Jury Note #5
9/24/15
5:15

We have determined
to recess for the
Day to return tomorrow
at 8:00 a.m.

Jury Note #4
9/24/15
5:52

We feel We need to
take a 10 minute Break

Jury Note #5
9/25/15

9.48

10:31

We Have reached our
Verdict & are ready to
present to the Court

Jury Note #6

9/25/15

10:31