UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JAMES M. CLEAVENGER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN McDERMED, ET AL.,<br><br>    Defendants. | Case No.: CV 13-1908-DOC<br><br>**JUDGMENT** |

In accordance with the Jury Verdict (Dkt. 167), it is hereby ORDERED that judgment be, and hereby is, entered in favor of Plaintiff James Cleavenger and against Defendants Carolyn McDermed, Brandon Lebrecht, and Scott Cameron as follows:

(1) Economic damages in the amount of $650,000.

(2) Punitive damages in the amount of $36,000 against Defendant Carolyn McDermed; $51,000 against Defendant Brandon Lebrecht; and $18,000 against Defendant Scott Cameron.

(3) Attorney fees and costs to be determined pursuant to Federal Rule of Civil Procedure 54.

DATED:      September 29, 2015

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE