AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| JAMES CLEAVENGER<br><br>v.<br><br>CAROLYN MCDERMED, et al. | )<br>)<br>)  Case No.: 6:13-cv-01908-DOC<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___09/29/2015___ against ___all defendants___,
                                                                Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 400.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,005.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 36,588.95 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,261.33 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,478.35 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 39.96 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 45,773.59 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑  Electronic service            ☐  First class mail, postage prepaid

☐  Other: _____

s/ Attorney:  _[signature]_____

Name of Attorney:  Jason Kafoury

For:  ___James Cleavenger___                    Date:  ___10/13/2015___
           Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____  and included in the judgment.

_____            By: _____            _____
   Clerk of Court                                         Deputy Clerk                                           Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Total Witness Fees (See attached sheet) | | 4,478.35 | | | | | $4,478.35 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $4,478.35 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
RULE 54(d)(1)

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

RULE 6

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

RULE 58(e)

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**Kafoury & McDougal**
**Cleavenger v. McDermed**
**Case No. 6:13-cv-01908-DOC**

| Date | Category | Reference | Name | Memo | Amount |
|---|---|---|---|---|---|
| 10/25/2013 | Fees of the Clerk | | US District Court | Filing Fee | 400.00 |
| 03/01/2014 | Fees for Service of Summons and Subpoena | | Emerald City Legal Services | Process Server for service of Summons and Complaint | 370.00 |
| 03/28/2014 | Fees for Service of Summons and Subpoena | | Emerald City Legal Services | Process Server for service of Summons and Complaint | 40.00 |
| 02/01/2015 | Fees for Service of Summons and Subpoena | TSB-20150006641 | Barrister Support Service | Process Server Fee - Kent Abbott | 125.00 |
| 03/16/2015 | Fees for Service of Summons and Subpoena | TSB-20150001638 | Barrister Support Service | Process Server Fee / Witness Fee - Eugene Police Department SDT | 115.00 |
| 03/16/2015 | Fees for Service of Summons and Subpoena | TSB-20150001635 | Barrister Support Service | Process Server Fee / Witness Fee - Lane County District Attorney's SDT | 115.00 |
| 03/16/2015 | Fees for Service of Summons and Subpoena | TSB-20150001631 | Barrister Support Service | Process Server Fee / Witness Fee - Coburg Police Department SDT | 115.00 |
| 03/16/2015 | Fees for Service of Summons and Subpoena | TSB-20150001632 | Barrister Support Service | Process Server Fee / Witness Fee - Junction City Police Department SDT | 115.00 |
| 08/28/2015 | Fees for Service of Summons and Subpoena | TSB-20150005549 | Barrister Support Service | Process Server Fee - Chris Waggoner | 75.00 |
| 08/31/2015 | Fees for Service of Summons and Subpoena | TSB-20150005540 | Barrister Support Service | Process Server Fee - Elizabeth Nix | 50.00 |
| 09/03/2015 | Fees for Service of Summons and Subpoena | TSB-20150005547 | Barrister Support Service | Process Server Fee - Kent Abbott | 50.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-20150005552 | Barrister Support Service | Process Server Fee - Scott Cameron | 75.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-20150005559 | Barrister Support Service | Process Server Fee - Andy Bechdolt | 75.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-20150005544 | Barrister Support Service | Process Server Fee - Larry Black | 75.00 |

**Kafoury & McDougal**
**Cleavenger v. McDermed**
**Case No. 6:13-cv-01908-DOC**

| Date | Category | Reference | Name | Memo | Amount |
|---|---|---|---|---|---|
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-2015005563 | Barrister Support Service | Process Server Fee - Brian Patterson | 75.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-2015005553 | Barrister Support Service | Process Server Fee - Brandon Nicol | 75.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-2015005542 | Barrister Support Service | Process Server Fee - Casey Boyd | 75.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-2015005557 | Barrister Support Service | Process Server Fee - Timothy Ranger | 75.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-2015005543 | Barrister Support Service | Process Server Fee - Royce Myers | 75.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-2015005554 | Barrister Support Service | Process Server Fee - Eric Markell | 75.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-2015005561 | Barrister Support Service | Process Server Fee - Carolyn McDermed | 75.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-2015005545 | Barrister Support Service | Process Server Fee - Eric Leroy | 75.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-2015005560 | Barrister Support Service | Process Server Fee - Brandon Lebrecht | 75.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-2015005564 | Barrister Support Service | Process Server Fee - Larry Larson | 125.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-2015005555 | Barrister Support Service | Process Server Fee - Ken Jackson | 75.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-2015005562 | Barrister Support Service | Process Server Fee - Myrria Jones | 75.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-2015005546 | Barrister Support Service | Process Server Fee - Zach Hermens | 75.00 |
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-2015005565 | Barrister Support Service | Process Server Fee - Michael Drake | 75.00 |

**Kafoury & McDougal**
**Cleavenger v. McDermed**
**Case No. 6:13-cv-01908-DOC**

| Date | Category | Reference | Name | Memo | Amount |
|---|---|---|---|---|---|
| 09/08/2015 | Fees for Service of Summons and Subpoena | TSB-2015005548 | Barrister Support Service | Process Server Fee - Jared Davis | 75.00 |
| 09/21/2015 | Fees for Service of Summons and Subpoena | TSB-2015005566 | Barrister Support Service | Process Server Fee - John Ahlen | 75.00 |
| 09/21/2015 | Fees for Service of Summons and Subpoena | TSB-2015005541 | Barrister Support Service | Process Server Fee - Amanda Hayles | 75.00 |
| 09/21/2015 | Fees for Service of Summons and Subpoena | TSB-2015005558 | Barrister Support Service | Process Server Fee - Corey Mertz | 75.00 |
| 09/24/2015 | Fees for Service of Summons and Subpoena | TSB-2015006159 | Barrister Support Service | Process Server Fee - Chuck Salsbury | 105.00 |
| 09/24/2015 | Fees for Service of Summons and Subpoena | TSB-2015006160 | Barrister Support Service | Process Server Fee - Brandon Nicol | 105.00 |
| 11/18/2014 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 30654 | CC Reporting | Court Reporter / Videographer / Deposition Transcript Fees - Scott Cameron, Linda King, Brandon Lebrecht | 4,726.55 |
| 11/18/2014 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 30659 | CC Reporting | Court Reporter / Videographer / Deposition Transcript Fees - James Cleavenger | 886.20 |
| 11/19/2014 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 30675 | CC Reporting | Court Reporter / Videographer / Deposition Transcript Fees - Brian Caufield | 1,164.05 |
| 12/05/2014 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 30730 | CC Reporting | Court Reporter / Videographer / Deposition Transcript Fees - Eric LeRoy, Mike Morrow | 2,058.12 |

Kafoury & McDougal
Cleavenger v. McDermed
Case No. 6:13-cv-01908-DOC

| Date | Category | Reference | Name | Memo | Amount |
|---|---|---|---|---|---|
| 12/11/2014 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 30744 | CC Reporting | Court Reporter / Videographer / Deposition Transcript Fees - Carolyn McDermed Vol 1 and 2 | 2,400.90 |
| 12/12/2014 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 30756 | CC Reporting | Court Reporter / Videographer / Deposition Transcript Fees - Ryan Hageman, Randall Wardlow | 1,328.05 |
| 02/11/2015 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 100209 | CC Reporting | Court Reporter / Videographer / Deposition Transcript Fees - Nicole Commissiong, Kent Abbott, Andy Bechdolt | 2,528.11 |
| 02/11/2015 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 100213 | CC Reporting | Court Reporter / Videographer / Deposition Transcript Fees - Carolyn McDermed Vol 3 | 1,592.98 |
| 02/12/2015 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 100221 | CC Reporting | Court Reporter / Videographer / Deposition Transcript Fees - Alex Gardner, Jamie Moffitt | 1,700.25 |
| 02/20/2015 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 100295 | CC Reporting | Court Reporter / Videographer / Deposition Transcript Fees - Zach Hermens | 1,411.06 |
| 03/26/2015 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 100510 | CC Reporting | Videographer Fees - Chelsea Brandenburg, Jared Davis | 225.00 |
| 03/26/2015 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 100509 | CC Reporting | Court Reporter / Deposition Transcript Fees - Chelsea Bradenburg, Jared Davis | 445.50 |

**Kafoury & McDougal**
**Cleavenger v. McDermed**
**Case No. 6:13-cv-01908-DOC**

| Date | Category | Reference | Name | Memo | Amount |
|---|---|---|---|---|---|
| 04/02/2015 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 100562 | CC Reporting | Court Reporter / Videographer / Deposition Transcript Fees - James Cleavenger Vol. 3 | 233.70 |
| 04/02/2015 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 100557 | CC Reporting | Court Reporter / Deposition Transcript Fees - Michael Drake, William Anderson, Herb Horner | 946.38 |
| 04/02/2015 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 100558 | CC Reporting | Videographer Fees - Michael Drake, William Anderson, Herb Horner | 366.25 |
| 09/14/2015 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 101700 | CC Reporting | Videographer Fee - Conversion of Transcript Video to MPEG1 format to create video synced transcript - Carolyn McDermed, Vol 1, 2 and 3, Brandon LeBrecht, Scott Cameron | 350.00 |
| 09/15/2015 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 730 | Jill Jessup | Court Reporter - Real Time Rough Transcripts and Final Transcripts during Trial | 14,085.85 |
| 09/16/2015 | Fees for Printed or Electronically recorded transcripts necessarily obtained in the case | 101725 | CC Reporting | Videographer Fee - Conversion of Transcript Video to MPEG1 format to create video synced transcript - Mike Morrow | 140.00 |
| 08/24/2015 | Fees and Disbursements for Printing | 82662 | Pacific Legal, Inc. | Printing Fee for Trial Exhibits - Court Copy / Defendant / Plaintiff Copy | 370.61 |
| 09/11/2015 | Fees and Disbursements for Printing | 82717 | Pacific Legal, Inc. | Printing Fee for Trial Exhibits - Court Copy / Defendant / Plaintiff Copy | 159.44 |
| 09/11/2015 | Fees and Disbursements for Printing | 82718 | Pacific Legal, Inc. | Printing Fee for Trial Exhibits - Court Copy / Defendant / Plaintiff Copy | 731.28 |

Kafoury & McDougal
Cleavenger v. McDermed
Case No. 6:13-cv-01908-DOC

| Date | Category | Reference | Name | Memo | Amount |
|---|---|---|---|---|---|
| 02/01/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | TSB-2015000641 | Barrister Support Service | Civil Trial Subpoena Witness Fee | 50.00 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28420 | Casey Boyd | Civil Trial Subpoena Witness Fee | 172.25 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28421 | Chris Waggoner | Civil Trial Subpoena Witness Fee | 120.50 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28423 | Michael Drake | Civil Trial Subpoena Witness Fee | 167.65 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28424 | Scott Cameron | Civil Trial Subpoena Witness Fee | 167.65 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28425 | Jared Davis | Civil Trial Subpoena Witness Fee | 167.65 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28426 | Kent Abbott | Civil Trial Subpoena Witness Fee | 167.65 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28427 | Zach Hermens | Civil Trial Subpoena Witness Fee | 167.65 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28428 | Eric LeRoy | Civil Trial Subpoena Witness Fee | 167.65 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28429 | Larry Black | Civil Trial Subpoena Witness Fee | 167.65 |

**Kafoury & McDougal**
**Cleavenger v. McDermed**
**Case No. 6:13-cv-01908-DOC**

| Date | Category | Reference | Name | Memo | Amount |
|---|---|---|---|---|---|
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28548 | Royce Myers | Civil Trial Subpoena Witness Fee | 167.50 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28432 | Amanda Hayles | Civil Trial Subpoena Witness Fee | 167.65 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28435 | Brian Patterson | Civil Trial Subpoena Witness Fee | 156.15 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28436 | Brandon Nicol | Civil Trial Subpoena Witness Fee | 155.00 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28437 | Eric Markell | Civil Trial Subpoena Witness Fee | 156.15 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28438 | Ken Jackson | Civil Trial Subpoena Witness Fee | 156.15 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28440 | Timothy Ranger | Civil Trial Subpoena Witness Fee | 165.35 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28441 | Corey Mertz | Civil Trial Subpoena Witness Fee | 172.25 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28442 | Andy Bechdolt | Civil Trial Subpoena Witness Fee | 167.65 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28443 | Larry Larson | Civil Trial Subpoena Witness Fee | 158.45 |

**Kafoury & McDougal**
**Cleavenger v. McDermed**
**Case No. 6:13-cv-01908-DOC**

| Date | Category | Reference | Name | Memo | Amount |
|---|---|---|---|---|---|
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28444 | Brandon Lebrecht | Civil Trial Subpoena Witness Fee | 167.65 |
| 08/21/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28445 | Carolyn McDermed | Civil Trial Subpoena Witness Fee | 167.65 |
| 09/18/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28603 | Chuck Salsbury | Witness Fee | 169.80 |
| 09/18/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28604 | Brandon Nicol | Witness Fee | 155.00 |
| 09/24/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28650 | Casey Boyd | Witness Fee | 172.25 |
| 09/24/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28651 | Michael Drake | Witness Fee | 167.65 |
| 09/24/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28652 | Royce Myers | Witness Fee | 167.50 |
| 09/24/2015 | Fees for Service of Summons and Subpoena / Fees for Witnesses | 28653 | Sean Brathwaite | Witness Fee | 172.25 |
| 11/22/2013 | Fees for the costs of making copies of any materials where the copies are necessarily obtained for use in the case | | OfficeMax | Electronic Media / USB Flash Drives for providing documents to defendants | 19.98 |

Kafoury & McDougal
Cleavenger v. McDermed
Case No. 6:13-cv-01908-DOC

| Date | Category | Reference | Name | Memo | Amount |
|---|---|---|---|---|---|
| 12/07/2013 | Fees for the costs of making copies of any materials where the copies are necessarily obtained for use in the case | | Office Depot | Electronic Media / USB Flash Drives for providing documents to defendants | 7.99 |

Kafoury & McDougal
**Cleavenger v. McDermed**
Case No. 6:13-cv-01908-DOC

| Date | Category | Reference | Name | Memo | Amount |
|---|---|---|---|---|---|
| 06/08/2014 | Fees for the costs of making copies of any materials where the copies are necessarily obtained for use in the case | | Office Depot | Electronic Media / USB Flash Drives for providing documents to defendants | 6.99 |
| 03/09/2015 | Fees for the costs of making copies of any materials where the copies are necessarily obtained for use in the case | 27143 | Department of Public Safety & Training | Copying Fee for Records Obtained for use in the case | 5.00 |
| | | | | TOTAL | 45,773.59 |