**William F. Gary, OSB #770325**
william.f.gary@harrang.com
**Andrea D. Coit, OSB #002640**
andrea.coit@harrang.com
**Jonathan M. Hood, OSB #133872**
jonathan.hood@harrang.com
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:     541-485-0220
Facsimile:     541-686-6564
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JAMES M. CLEAVENGER,** | Case No. 6:13-cv-01908-DOC |
| Plaintiff, | **DEFENDANTS' NOTICE OF ASSOCIATION OF COUNSEL** |
| vs. | |
| **CAROLYN McDERMED, BRANDON LEBRECHT, and SCOTT CAMERON,** | |
| Defendants. | |

Notice is hereby given that William F. Gary of Harrang Long Gary Rudnick P.C. will represent Defendants Carolyn McDermed, Brandon Lebrecht and Scott Cameron as co-counsel with Andrea D. Coit and Jonathan M. Hood.

/ / / /

/ / / /

Page 1 – **DEFENDANTS' NOTICE OF ASSOCIATION OF COUNSEL**

Mr. Gary's contact information is as follows:

William F. Gary
Harrang Long Gary Rudnick P.C.
360 E. 10th Avenue, Suite 300
Eugene, OR 97401
Telephone:   541-485-0220
Facsimile:   541-686-6564
Email:       william.f.gary@harrang.com
OSB #770325


DATED this 8th day of January, 2016.

                              HARRANG LONG GARY RUDNICK P.C.


                              By:   s/ Andrea D. Coit
                                  William F. Gary, OSB #770325
                                  Andrea D. Coit, OSB #002640
                                  Jonathan M. Hood, OSB #133872
                                  Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on January 8, 2016, I served or caused to be served a true and complete copy of the foregoing **DEFENDANTS' NOTICE OF ASSOCIATION OF COUNSEL** on the party or parties listed below as follows:

- ☑ Via CM / ECF Filing
- ☐ Via First Class Mail, Postage Prepaid
- ☐ Via Email
- ☐ Via Personal Delivery

Mark McDougal
Gregory Kafoury
Jason Kafoury
Grand Stable & Carriage Building
411 SW Second Avenue, Suite 200
Portland, OR 97204
  Attorneys for Plaintiff

                                                         HARRANG LONG GARY RUDNICK P.C.

                                               By:  s/ Andrea D. Coit
                                                   William F. Gary, OSB #770325
                                                   Andrea D. Coit, OSB #002640
                                                   Jonathan M. Hood, OSB #133872
                                                   Attorneys for Defendants

00760163.V1

**CERTIFICATE OF SERVICE**