**William F. Gary, OSB #770325**
william.f.gary@harrang.com
**Andrea D. Coit, OSB #002640**
andrea.coit@harrang.com
**Jonathan M. Hood, OSB #133872**
jonathan.hood@harrang.com
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:     541-485-0220
Facsimile:     541-686-6564
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JAMES M. CLEAVENGER,**<br><br>        Plaintiff,<br><br>vs.<br><br>**CAROLYN McDERMED, BRANDON LEBRECHT, and SCOTT CAMERON,**<br><br>        Defendants. | Case No. 6:13-cv-01908-DOC<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO ALTERNATIVE MOTIONS FOR JUDGMENT AS A MATTER OF LAW AND FOR NEW TRIAL OR REMITTITUR** |

**L.R. 7.1 CERTIFICATION**

The parties have conferred, and Plaintiff does not oppose this motion.

**MOTION**

Defendants move the court for an order extending by one week the deadline to file their Reply in Support of Alternative Motions for Judgment as a Matter of Law and For New Trial or Remittitur.  This motion is supported by good cause and is not filed for purposes of delay.

Page 1 –   **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO ALTERNATIVE MOTIONS FOR JUDGMENT AS A MATTER OF LAW AND FOR NEW TRIAL OR REMITTITUR**

Plaintiff filed his answer to Defendants' motion on December 29, 2015, and Defendants' reply is currently due on January 15, 2016. However, due to the New Year's Day holiday and unexpected office closures for inclement weather in early January 2016, Defendants request a one-week extension of that deadline, to January 22, 2016. The hearing on Defendants' motion is scheduled for February 12, 2016.

DATED this 11th day of January, 2016.

HARRANG LONG GARY RUDNICK P.C.

By:   s/ William F. Gary
William F. Gary, OSB #770325
Andrea D. Coit, OSB #002640
Jonathan M. Hood, OSB #133872
Attorneys for Defendants

Page 2 – **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO ALTERNATIVE MOTIONS FOR JUDGMENT AS A MATTER OF LAW AND FOR NEW TRIAL OR REMITTITUR**

## CERTIFICATE OF SERVICE

I certify that on January 11, 2016, I served or caused to be served a true and complete copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO ALTERNATIVE MOTIONS FOR JUDGMENT AS A MATTER OF LAW AND FOR NEW TRIAL OR REMITTITUR** on the party or parties listed below as follows:

    ☑    Via CM / ECF Filing
    ☐    Via First Class Mail, Postage Prepaid
    ☐    Via Email
    ☐    Via Personal Delivery

Mark McDougal
Gregory Kafoury
Jason Kafoury
Grand Stable & Carriage Building
411 SW Second Avenue, Suite 200
Portland, OR 97204
  Attorneys for Plaintiff

                                            HARRANG LONG GARY RUDNICK P.C.

                                            By: s/ William F. Gary
                                                  William F. Gary, OSB #770325
                                                  Andrea D. Coit, OSB #002640
                                                  Jonathan M. Hood, OSB #133872
                                                  Attorneys for Defendants

00759371.v1

**CERTIFICATE OF SERVICE**