AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| JAMES CLEAVENGER | ) |
| v. | ) Case No.: 6:13-cv-01908-DOC |
| CAROLYN MCDERMED, et al. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on 09/29/2015 against all defendants,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 4,469.35 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 4,469.35 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service  ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: /s/ Jason Kafoury

Name of Attorney: Jason Kafoury

For: James Cleavenger                              Date: 3/14/16
    *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
*Clerk of Court*              *Deputy Clerk*              *Date*

# Kafoury & McDougal
# Account QuickReport
### Client: James Cleavenger

| Date | Num | Name | Memo | Amount |
|---|---|---|---|---|
| 10/30/2015 | 738 | Jill Jessup | Court Reporter / Transcript Fees | 582.25 |
| 12/31/2015 | 749 | Jill Jessup | Court Reporter / Transcript Fees | 3,887.10 |
| | | | | 4,469.35 |

Jill L. Jessup, RMR, RDR, CRR  
Court Reporter  
1000 SW Third Ave, Room 301  
Portland, OR 97204  



Date 10/30/2015  
Invoice # 738  

| Bill To |
|---|
| Kafoury & McDougal |
| Mark McDougal - Jason Kafoury |
| 411 SW 2nd Avenue |
| Suite 200 |
| Portland, OR 97204 |

| Description | Amount |
|---|---|
| Hearing Date: 9/8/15 and 9/23/15<br>Judge: David O.Carter<br>Case Name: Cleavenger v. Cameron, et al.<br>Case No. 6:13-cv-01908<br>Original Format: .pdf | 582.25 |

Please indicate invoice number and make checks payable to Jill L. Jessup. Thank you!

Balance Due $582.25

Jill L. Jessup, RMR, RDR, CRR  
Court Reporter  
1000 SW Third Ave, Room 301  
Portland, OR 97204  



Date 12/31/2015  
Invoice # 749  

| Bill To |
| --- |
| Kafoury & McDougal |
| Mark McDougal |
| 411 SW 2nd Avenue |
| Suite 200 |
| Portland, OR 97204 |

| Description | Amount |
| --- | --- |
| Hearing Date: Excerpts of testimony and copy of trial transcript<br>Judge: David O.Carter<br>Case Name: Cleavenger v. Cameron, et al.<br>Case No. 6:13-cv-01908<br>Format: .pdf | 3,887.10 |

Please indicate invoice number and make checks payable to Jill L. Jessup. Thank you!

Balance Due     $3,887.10