**William F. Gary, OSB #770325**
william.f.gary@harrang.com
**Susan Marmaduke, OSB #841458**
susan.marmaduke@harrang.com
**J. Aaron Landau, OSB #094135**
aaron.landau@harrang.com
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:    (541) 485-0220
Facsimile:    (541) 686-6564
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JAMES M. CLEAVENGER,**<br><br>        Plaintiff,<br><br>vs.<br><br>**CAROLYN McDERMED, BRANDON LEBRECHT, and SCOTT CAMERON,**<br><br>        Defendants. | Case No. 6:13-cv-01908-DOC<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Carolyn McDermed, Brandon Lebrecht, and Scott Cameron, defendants in the above named case, hereby appeal to the United State Court of Appeals for

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

Page 1 – **NOTICE OF APPEAL**

Ninth Circuit from the final order entered in this action on the 29th day of February, 2016.

DATED this 29th day of March, 2016.

HARRANG LONG GARY RUDNICK P.C.


By:  s/William F. Gary
    William F. Gary, OSB #770325
    william.f.gary@harrang.com
    Susan Marmaduke, OSB #841458
    susan.marmaduke@harrang.com
    J. Aaron Landau, OSB #094135
    aaron.landau@harrang.com
    Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on March 29, 2016, I served or caused to be served a true and complete copy of the foregoing **NOTICE OF APPEAL** on the party or parties listed below as follows:

- ☑ Via CM / ECF Filing
- ☐ Via First Class Mail, Postage Prepaid
- ☐ Via Email
- ☐ Via Personal Delivery

Mark McDougal, OSB #890869
mcdougal@kafourymcdougal.com
Gregory Kafoury, OSB #741663
kafoury@kafourymcdougal.com
Jason Kafoury, OSB #091200
jkafoury@kafourymcdougal.com
Kafoury & McDougal
411 SW Second Avenue, Suite 200
Portland, OR 97204
Telephone: (503) 224-2647
Facsimile: (503) 224-2673
Attorneys for Plaintiff

HARRANG LONG GARY RUDNICK P.C.

By: s/William F. Gary
William F. Gary, OSB #770325
william.f.gary@harrang.com
Susan Marmaduke, OSB #841458
susan.marmaduke@harrang.com
J. Aaron Landau, OSB #094135
aaron.landau@harrang.com
Attorneys for Defendants

00779239.v1

**CERTIFICATE OF SERVICE**