**William F. Gary, OSB #770325**
william.f.gary@harrang.com
**Susan Marmaduke, OSB #841458**
susan.marmaduke@harrang.com
**J. Aaron Landau, OSB #094135**
aaron.landau@harrang.com
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:    541-485-0220
Facsimile:     541-686-6564
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JAMES M. CLEAVENGER,**<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**CAROLYN McDERMED, BRANDON LEBRECHT, and SCOTT CAMERON,**<br><br>　　　　　Defendants. | Case No. 6:13-cv-01908-DOC<br><br>**AMENDED NOTICE OF APPEAL** |

　　　　Notice is hereby given that Carolyn McDermed, Brandon Lebrecht, and Scott Cameron, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the judgment entered in this action on the 29th day of September, 2015. Pursuant to Fed. R. App. P. 4(a)(4)(A), this Notice of Appeal is timely filed within 30 days after the entry of this Court's February 29, 2016 order disposing of defendants' motions for judgment under Rule 50(b) and for new trial under Rule 59.

This Amended Notice of Appeal is filed because defendants' Notice of Appeal of today's date mistakenly indicated that the judgment being appealed was entered on February 29, 2016, the date when the District Court denied defendants' post judgment motions.

DATED this 29th day of March, 2016.

        HARRANG LONG GARY RUDNICK P.C.

        By:  s/William F. Gary
          William F. Gary, OSB #770325
          william.f.gary@harrang.com
          Susan Marmaduke, OSB #841458
          susan.marmaduke@harrang.com
          J. Aaron Landau, OSB #094135
          aaron.landau@harrang.com
          Attorneys for Defendants

# CERTIFICATE OF SERVICE

I certify that on March 29, 2016, I served or caused to be served a true and complete copy of the foregoing **AMENDED NOTICE OF APPEAL** on the party or parties listed below as follows:

☑ Via CM / ECF Filing
☐ Via First Class Mail, Postage Prepaid
☐ Via Email
☐ Via Personal Delivery

Mark McDougal, OSB #890869
mcdougal@kafourymcdougal.com
Gregory Kafoury, OSB #741663
kafoury@kafourymcdougal.com
Jason Kafoury, OSB #091200
jkafoury@kafourymcdougal.com
Kafoury & McDougal
411 SW Second Avenue, Suite 200
Portland, OR 97204
Telephone: (503) 224-2647
Facsimile: (503) 224-2673
Attorneys for Plaintiff

        HARRANG LONG GARY RUDNICK P.C.

        By: s/William F. Gary
            William F. Gary, OSB #770325
            william.f.gary@harrang.com
            Susan Marmaduke, OSB #841458
            susan.marmaduke@harrang.com
            J. Aaron Landau, OSB #094135
            aaron.landau@harrang.com
            Attorneys for Defendants

00779767.v1