William F. Gary, OSB #770325
william.f.gary@harrang.com
Andrea D. Coit, OSB #002640
andrea.coit@harrang.com
Jonathan M. Hood, OSB #133872
jonathan.hood@harrang.com
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:   541-485-0220
Facsimile:   541-686-6564
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JAMES M. CLEAVENGER,**<br><br>Plaintiff,<br><br>vs.<br><br>**CAROLYN McDERMED, BRANDON LEBRECHT, and SCOTT CAMERON,**<br><br>Defendants. | Case No. 6:13-cv-01908-DOC<br><br>**STIPULATED ORDERS OF DISMISSAL, VACATION, AND STIPULATED JUDGMENT** |

Pursuant to the Parties' Stipulated Motions to Dismiss, to Vacate, and to Enter Stipulated Judgment, dated October, 18, 2016 (the "Stipulated Motions"), and for the reasons stated therein, the Parties' Stipulated Motions are GRANTED as follows:

- Plaintiff's claims against Defendants Carolyn McDermed, Brandon Lebrecht, and Scott Cameron are DISMISSED without prejudice and without costs, disbursements, attorney fees, or any other award to any party;

Page 1 – **STIPULATED ORDERS OF DISMISSAL, VACATION, AND STIPULATED JUDGMENT**

- This Court's Judgment dated September 29, 2015 (docket #172), its Order on Plaintiff's Petition for Attorney Fees, dated March 16, 2016 (docket #237), and its Order on Plaintiff's Supplemental Motion for Attorney Fees, dated April 13, 2016 (docket #244) are each VACATED; and

- It is hereby ORDERED that judgment be, and hereby is, entered in favor of Plaintiff James Cleavenger and against Defendant University of Oregon in this matter, without costs, disbursements, attorney fees, or any other award to any party.

DATED this ___19___ day of October, 2016.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

s/William F. Gary
William F. Gary, OSB #770325
Andrea D. Coit, OSB #002640
Jonathan M. Hood, OSB #133872
Telephone: (541) 485-0220
Attorneys for Defendants

and

s/Marc McDougal
Mark McDougal, OSB #890869
Gregory Kafoury, OSB #741663
Jason Kafoury, OSB #091200
Telephone: (503) 224-2647
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I certify that on October 18, 2016, I served or caused to be served a true and complete copy of the foregoing **STIPULATED ORDERS OF DISMISSAL, VACATION, AND STIPULATED JUDGMENT** on the party or parties listed below as follows:

☑   Via CM / ECF Filing
☐   Via First Class Mail, Postage Prepaid
☐   Via Email
☐   Via Personal Delivery

Mark McDougal
Gregory Kafoury
Jason Kafoury
Grand Stable & Carriage Building
411 SW Second Avenue, Suite 200
Portland, OR 97204
  Attorneys for Plaintiff

HARRANG LONG GARY RUDNICK P.C.

By: s/William F. Gary
   William F. Gary, OSB #770325
   Andrea D. Coit, OSB #002640
   Jonathan M. Hood, OSB #133872
   Attorneys for Defendants

00822411.v1